Table of Exhibits

1.   Exhibit: B-1 Preliminary Hearing waived without plaintiff being present or Attorney For plaintiff, 4th Amendment violation.

2.   Exhibit: AA-2 misconduct of Plaintiff Found with saved medication As defendant C/o F. williams Told him so He could Attempt secuicide To Keep From being Bullied, antaganized, Humilated, Hated, put down, degraded and mentally Abused and Tortured.

3.   Exhibit: C-2-B Request For legal material From law library and How long it Took To Return verses using Lexis nexis Law service (which isn't entertainment or Fun)

4.   Exhibit: DD-1 Grievance concerning Account being Frozen, Lexis Nexis and phone calls.

5.   Exhibit: F-1-A Grievance complaining about Excessive searching, legal mail being Read, and being denied Equal protection. Plaintiff sent Hand written appeals To the Bucks county Prison oversight Board..... No Answer Returned.

6.   Exhibit: GG-1 copy of Appeal of grievances 2023-30 and 2023-⚹ To Bucks county Prison oversight board.

7.   Exhibit: H-1-A Request slip Denying me my Equal protection of LAW (Requesting To press charges, Spit on)

8.  Exhibit: I-I-I "Posted Grievance To DEPUTY K. Reed and copy oF what was Sent To Her.

9.  Exhibit: J-I-J  Grievance to Kelly Reed

10. Exhibit: KK-3, KK-4, KK5, KK-6,  4 oF 5  page grievance Filed on Delaware county grievances and Filed at Bucks county upon Return. The Fifth sheet (which is First page of Formal Buck grievance) is with documents given To Attorney Michael Huff To mail To Federal courthouse of EASTERN DISTRICT of Pennsylvania on 4/21/23. courtroom Footage captures Plawtiff Handing Seal Manilla envelope with 5 U.S stamps on It To Attorney.

11. Exhibit: L-I-L Doylestown Hospital proof where Two catscans and Two X-Ray was Taken, Revealing Injuries. (CROZER Hospital Records Reveal Fractured Nose)

12. Exhibit: mm-O  Request To press charges

13. Exhibit: A7  Appeal To spdT Metellus on 11/9/22

14. Exhibit: A8  Appeal of misconduct on 11/1/22

15. Exhibit: A3  Grievane To Deputy K. REED

Table of Exhibits

16.   Exhibit: A4 - CEB Appeal To Sgt. Metellus

17.   Exhibit: A6 - Letter To Superintendant

18.   Exhibit A9 - Grievance about Torment, Excessive Searching, Discrimination and more

19.   Exhibit A10 - Oversight Board Denying my 3rd Level grievance

20.   Exhibit A11 - complaint about being Harrassed at 3AM and legal work being Tossed.

21.   Exhibit B11 - Grievance written to K. Reed.

22.   Exhibit B12 - Misconduct issued to plaintiff at 3:15 in the Morning during The Harassment of officer who Ransacked his cell. He Then lied on plaintiff and said plaintiff Threatened Him. (plaintiff don't ever Threaten and has never been written up For such actions).

EX:

23. Business office — Denying plaintiff printout of Account for past 6 months

24. Exhibit: B13 — written Behavioral contract Done with Doctor Jerry of MHU. Plaintiff continues To Request RHU Time cut.

25. Exhibit: B-1  sick call slips

26. Exhibit: B-2   sick call slip

27. Exhibit: W-1   copies of sick call about nurse Enwa

28. Exhibit: W-2   copies of sick call about nurse Enwa

29. Exhibit: W-3   copies of sick call about nurse Enwa

30. Exhibit W-4 misconduct stating inmate Roberts on E-Block Refused count if that's even True, not mr. Adams and showing conspiracy

Business office

B.C.P. Number

074562

| ALL INMATES FILL IN THIS SECTION | |
|---|---|
| Name (Last, First) Adams, Robert | Date 5/24/23 |
| Module and Cell Number MHU-5 | Admission Date 10-1-22 |

I would like to see MAY I please get a print out of my Account For the last six months? From Date

I need to see that staff person because 11-24-22 To 5-24-23 please The Federal court Require it.

Thank you

Robert Adams

Signature of Inmate

Do Not Write Below This Line

Date request answered:

Answer: We do not give print outs

Referral Sent To: _____

Return To: _____        Module & Cell # Bus office

Signature of Staff Person _____

BCCF 194 REV. 10/04

*Exhibit B-1*

# ARRAIGNMENT NOTICE
## Court of Common Pleas
## Bucks County

District Court 07 - _3__ - _02_

**Commonwealth vs.**

_Robert Lee Adams_                                    _7202-CR-16-23_

**Docket Number**

_R#129830-2_

**OTN**

THIS IS TO INFORM YOU THAT YOUR FORMAL ARRAIGNMENT IS SCHEDULED FOR _April 14th, 2023_. YOU ARE TO APPEAR AT THE COURT OF COMMON PLEAS, 100 N. MAIN STREET, 4TH FLOOR, ROOM 4202, DOYLESTOWN, PA, AT _12 noon_ ON THE ABOVE DATE.

YOU SHOULD DISCUSS THIS MATTER PROMPTLY WITH YOUR ATTORNEY. IF YOU FAIL TO APPEAR WITHOUT CAUSE AT ANY PROCEEDING FOR WHICH YOUR PRESENCE IS REQUIRED, INCLUDING TRIAL, YOUR ABSENCE MAY BE DEEMED A WAIVER OF YOUR RIGHT TO BE PRESENT, AND THE PROCEEDING, INCLUDING THE TRIAL, MAY BE CONDUCTED IN YOUR ABSENCE. IF YOU FAIL TO COMPLY WITH THE CONDITIONS OF THE BAIL BOND, IF ANY, THEN THE BOND SHALL REMAIN IN FULL FORCE, AND THE FULL SUM OF THE MONETARY CONDITION OF RELEASE MAY BE FORFEITED AND YOUR RELEASE MAY BE REVOKED. IN ADDITION, A WARRANT FOR YOUR ARREST MAY BE ISSUED. BRING THIS NOTICE WITH YOU.

**Defendant's appearance waived- preliminary hearing conducted, case held for court.**

_____
Defendant's Signature

_____
Address - Street

_____
City

_____
Defendant's Phone Number

_____
Email Address

_____   _3/13/23_
Magisterial District Judge       Date

(Seal)

Revised September 2018

**White Copy** - Clerk of Courts      **Yellow Copy** - District Court      **Pink Copy** - Clerk of Courts-District Attorney      **Gold Copy** - Defendant

# MISCONDUCT REPORT
## DEPARTMENT OF CORRECTIONS
## BUCKS COUNTY

*I/m Copy*
*M3* 

**Incident Number:** <u>22-1121-868</u>

*Exhibit AA2*

**Inmates BCCF Number** <u>074562</u>

**Inmates D.O.B** <u>07/12/2022</u>

| OFFICER'S REPORT | | | |
|---|---|---|---|

| Inmate's Name | Place of Misconduct | Date | Time |
|---|---|---|---|
| Adams, Robert | MHU 03 | 11/21/202 | 1315 |

| Other Inmates Involved | Cell | Name | | Witnesses | Cell | Name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Class & No. | Misconduct | Class & No. | Misconduct |
|---|---|---|---|
| 1-23 | Misuse of Authorized Medication | | |
| 1-6 | Contrband | | |

### Officer's Version

On the above date and time, an unclothed body search was preformed on I/M Adams, Robert #074562. I/M Adams, Robert admitted that he had something in his sock. I/M Adams was questioned and admitted that it was medication. Dispensary verfied the medication to be subutex which I/M Adams recieves.

### Immediate Action Taken

Locked pending CEB

| Copy Given To Inmate By: *Sgt Beck* | Date: 11/21/22 | Time: 1447 |
|---|---|---|
| Date of Report 11/21/2022 | Signature and Title of Reporting Officer    Sgt. Pohopin | Institution BCCF |

Reviewed By    <u>Sgt. Pohopin</u>
Shift Supervisor

Reviewed By    <u>Lt. Morris</u>
Shift Commander

Date Reviewed <u>11/21/2022</u>

Exhibit
C 2B    LAW Library

**B.C.P. Number**

074562

| ALL INMATES FILL IN THIS SECTION | |
|---|---|
| Name (Last, First) Adams, Robert | Date 5/8/23 |
| Module and Cell Number MHU-5 | Admission Date 10-1-22 |

I would like to see: Law Library. Hello MRS. CRYStal. May you please send me the "Aggravate Assault" Statue. The definition of

I need to see that staff person because: it and The LAW an/of Aggravated Assault. May you send me the Law on Professional Negligence? and I need the following case law. Thank you

Scheb v. engelke, 943 F.2d 921 (8th cir. 1991); Hayes v. Marriott, 70 F.3d 1144 (10th cir. 1995); cornwell v. Dahlberg, 963, F.2d 916 (6th cir. 1992); Jones v. Brown, 461 F.3d 353 (3d cir. 2006); Al-Amin v. Smith, 511 F.3d 1317 (11th cir 2008); BieRegu v. Reno, 59 F.3d 1445 (3d cir 1995); Mitchell v. Horn, 318 F.3d 523 (3d cir 2003); Harper v. Douirette, 107 Fed. Appx. 444 (5th cir 2004) May I also get a complete copy of the Bucks county Inmate Hand Book and a copy of All Buck county correctional Facility policys. Thank you so very much.

Robert L. Adams JR
Signature of Inmate

| Do Not Write Below This Line | |
|---|---|
| Date request answered: | |
| Answer: Attached. | |
| | |
| | |
| Referral Sent To: | |
| Return To: | Module & Cell # |
| Signature of Staff Person MS. Crystal 5/11/23 | |

BCCF 194 REV. 10/04

Documents Received 5/14/23
View video Footage Betz Delivered Them

SMHU
Robert Adams

LAW LIBRARY

LAW LIBRARY

Exhibit G Gail Appeal To oversight Board

Good morning!

CAN you please Tell your officers To stop searching my cell Everyday at 3 AM In the morning, Tearing my property up and Ronsacking my Home? They can search any other Time - But you pick when I'm waken out of my sleep and when I Take my meds. your staff DisRespects me, I get upset about my property and They Tell me not To Take my Disability meds! why Trash my cell? Then They stand To close To my Face, Its sexual Inappropriate. Please stop! I've Been Assaulted and Now Bromley Threatened To Hang me. Please stop.

Thank you

Robert Adams

*Exhibit H-1-A  Denied 14th Amendment Equal Protection*

*Investigators*  23-282-GS

B.C.P. Number

074562

---

**ALL INMATES FILL IN THIS SECTION**

**Name (Last, First)**
Adams Robert

**Date**
4/25/23

**Module and Cell Number**
MHU—5

**Admission Date**
10-1-22

**I would like to see** I would like to press charges on the inmate in A-Block 7-cell

**I need to see that staff person because** For spitting in my face in Afternoon yard. He is locked CMU and should not have been locked in the RHU yard with us. I was taken to Medical and looked at but not checked out. I dont know what that inmate Has and I want to be checked. I also want him checked For Diseases

Signature of Inmate

---

*Do Not Write Below This Line*

**Date request answered:** 05/09/2023

**Answer:** I WAS ABLE TO DETERMINE THAT THE PERSON LIVING IN A-7 AT THE TIME OF THIS ALLEDGED INCIDENT WAS IM AGUAYO, JIMMY JOE #133425. THIS INMATE WAS TRANSFERRED TO NORRISTOWN STATE HOSPITAL ON 05/01/2023 AND I AM CURRENTLY UNABLE TO SPEAK TO HIM REGARDING THESE ALLEGATIONS

**Refferal Sent To:** ADAMS, ROBERT

**Return To:** ADAMS, ROBERT        **Module & Cell #** MHU-5

**Signature of Staff Person** INV. ROBERT McLEOD  Robert McL. HQ

BCCF 194 REV. 10/04

cc metellus
cc Louis Busico
cc Robert Adams

MHU

ADAMS, R.
# 074562

Investigators

To: Deputy K. Beck                                    11/22/22

## Grievance

I AM WRITING MY GRIEVANCE ON white paper. I was Attacked By officers who, while I was down with my hands behind my Head motionless, I was punched in the face Deliberately and Kneed in Face + Head Repeatly By Schuster. MY Right shoulder Has BaseBall Size Lump ON It AFTER YOUR officers along with Sgt. BECK dragged my Arms Through the TRY slot last night with a chair that was attached To the CUFF'S OFFICER Gray spit in my Bag Dinner. I asked oFFICER, LT clayton FoR a grievance / green sheet He said 'No' and So did the RHU/MHU case manager. MY BREAKFAST Bag was spit in wtifh Tabacco Juice. oFFicer williams Has Been Threatning me, calling me Racial SlURR's Such as nigger, pussy Fagget, (Has Threat my son's liFe, my wife's and He Has DeFaced MY QURAN and Religion. MATERIAL. He Has stood on my cell DOOR Several Times Threatening me And this is the First Time He Has ever came into my cell Since Ive Been on The unit. He Has been antagonizing me and Bullying me. Ive asked a thousand Times FoR green sheets and No one Has any No where. I write on paper and its sent Back. A LT Caught Him Threatning me last week and He didn't work RHU the Rest oF THAT week

EXHIbiT II-1

Exhibit: J-1-J
Grievance

12/5/22

To: Deputy Kelly Reed

K.Reed To Receive Ten official grievances
forms. I have requested official grievances
form for over a month. This is not appropriate
conduct and it violates my due process which is
given to me under the united States constitution.
my First, 4th and 14th amendment was
violated by LT. Hugg who, opened my
legal mail and Removed my legal
material He chose for me to have and
not have and then brough me part of my legal
work, opent and in disarray

The Sheriffs brought me my legal
mail and He stole some of my paper
work, legal documents and legal numbers,
preventing me of my due process and attorney client
privilege. He violated my 4st amendment by preventing me
from communicating confidentially with my lawyer
and other law officials. He Read my legal mail
and this is against the Law. my legal mail
was given to me sunday morning when the sheriffs
Returned it Friday Afternoon. (I Know this
because I talked to the sheriff myself)
List To Phone Recording and check Phone Records!

Exhibit
KK-3

Bucks County



# CORRECTIONAL FACILITY
## INCARCERATED PERSON GRIEVANCE- STEP 1

Grievance Number:

Instructions:  Incarcerated Person-Attempt to informally resolve you issue with a Staff Supervisor.  If you feel that the issue is not resolved, complete the form with the information as requested.  If what you described is not grievable or unreadable, the form will be returned to you without action.
**IF THIS IS AN EMERGENCY**-immediately contact a staff member.  An emergency is defined as an immediate threat to your welfare or safety.

| Incarcerated Person Name: | Incarcerated Person Number: | Housing Location: |
|---|---|---|
| Robert Adams | 074562 - Bucks county | mHu-5 |

**Describe the nature or description of problem.  Print or write legibly, include date, time, and names of persons involved or witnessing the incident.  If you need more space, continue to an additional form.  Be as concise as possible.**

on 11-1-22 Inmate Boshia Broke into my cell and Assaulted me while officer Simpson was aware of Hostility He Has caused. He opened cordus to C out Inmate in front of 8 cell while I was locked then Allowed him to Threaten me. officer Simpson knew I was in danger and did Not order Boshia to lock in simply opened The argument Between Inmates in 9-cell and Boshia and I. c/o Simpson then locked my misconduct Against Boshia picked out back cell door then Assaulted me. I was then placed in the RHU where I filed for grievances and was told to walk on. I was removed of Footing as housing Removed, said He sent me an order then I was a hit. My Appeal was Denied by Lt Clayton and Refused 3 weeks then he in this RHU of somehow trying to write like me. From 11-1-22 to 11-21-23 officer this father or worse Facetii Nann Niggers 204 mutual Hous and housing then my wife. Lt Clayton was threatening to Rape my wife and made me then told me to suck my dick Charles open for him while I was in protection then kept me on my Dick, threatened me an sexual torment and was accused of a sexual Torment the facts He orchestrated me everyday Bullied me Belittled me deprived me and used his machine and restraint to where I felt Watched and Watched on substances on my Religious Mental and Through my Outlaw on Floor by Toilet.

| Date/Time Submitted: 11 luck 11/26/23 - 2/5/23 Bucks county | Incarcerated Person Signature Robert Adams Bucks county | Emergency  [ ] YES       [ ] NO |
|---|---|---|
| Date/Time Submitted: | Grievance Coordinator Name: | Emergency  [ ] YES       [ ] NO |

**Disposition of Grievance:** Your grievance has been carefully reviewed and the following response is submitted:

| Date of Response: | Responding Staff Member: |
|---|---|

**If you believe the issue was not resolved and desire to appeal a STEP 2-Request a STEP 2 grievance from a staff member. Attach the completed STEP 1 with your STEP 2, attach any additional documentation and resubmit to the Grievance Coordinator.**



# ~~[redacted]~~ CORRECTIONAL FACILITY
## INCARCERATED PERSON GRIEVANCE- STEP 1

| Grievance Number: |
|---|
| |

Instructions:  Incarcerated Person-Attempt to informally resolve you issue with a Staff Supervisor.  If you feel that the issue is not resolved, complete the form with the information as requested.  If what you described is not grievable or unreadable, the form will be returned to you without action.
**IF THIS IS AN EMERGENCY**-immediately contact a staff member.  An emergency is defined as an immediate threat to your welfare or safety.

| Incarcerated Person Name: | Incarcerated Person Number: | Housing Location: |
|---|---|---|
| *[handwritten]* | 074862-Bucks County | MHU-S |

**Describe the nature or description of problem.  Print or write legibly, include date, time, and names of persons involved or witnessing the incident.  If you need more space, continue to an additional form.  Be as concise as possible.**

*[handwritten narrative, partially legible]*

| Date/Time Submitted: | Incarcerated Person Signature | Emergency  [ ] YES      [ ] NO |
|---|---|---|
| 1/26/23   2/5/23 | *[signature]* | |
| Date/Time Submitted: | Grievance Coordinator Name: | Emergency  [ ] YES      [ ] NO |
| | | |

**Disposition of Grievance: Your grievance has been carefully reviewed and the following response is submitted:**

_____
_____
_____
_____
_____
_____
_____

| Date of Response: | Responding Staff Member: |
|---|---|
| | |

**If you believe the issue was not resolved and desire to appeal a STEP 2-Request a STEP 2 grievance from a staff member. Attach the completed STEP 1 with your STEP 2, attach any additional documentation and resubmit to the Grievance Coordinator.**

Exhibit
KK -5

**BUCKS COUNTY**

**~~CORRECTIONAL FACILITY~~ CORRECTIONAL FACILITY**
**INCARCERATED PERSON GRIEVANCE- STEP 1**



| | Grievance Number: |
|---|---|

Instructions:  Incarcerated Person-Attempt to informally resolve you issue with a Staff Supervisor.  If you feel that the issue is not resolved, complete the form with the information as requested.  If what you described is not grievable or unreadable, the form will be returned to you without action.
**IF THIS IS AN EMERGENCY**-immediately contact a staff member.  An emergency is defined as an immediate threat to your welfare or safety.

| Incarcerated Person Name: | Incarcerated Person Number: | Housing Location: |
|---|---|---|
| Robert Adams | 074562 -Bucks count | MHU-5 |

**Describe the nature or description of problem.**  Print or write legibly, include date, time, and names of persons involved or witnessing the incident.  If you need more space, continue to an additional form.  Be as concise as possible.

taken to medical by Lt Ferguson and c/o Hilton. from there I was placed in MHU 3 and the following occured. Staff sat back and 3 staff lt Ferguson smelled me through the mail slot while I was hung to people through the then the officer said you. I was denied to shower for and food intake. I been stripped naked and made to sit in front of others in mate by Lt who act nasty. I been denied access to the courts, my due process was violated my legal mail was strewn and censored by Lt then without being in any process and my mail was censored and not able to tell witness at court proceed and I was denied law library and I was transfered to keep me from filing grievances. Im still asking for grievances and this is

| Date/Time Submitted: | Incarcerated Person Signature | Emergency [ ] YES    [ ] NO |
|---|---|---|
| 1/26/23 = 2/5/23 At Bucks count | Robert Adams bucks count | |
| Date/Time Submitted: | Grievance Coordinator Name: | Emergency [ ] YES    [ ] NO |
| | | |

**Disposition of Grievance:** Your grievance has been carefully reviewed and the following response is submitted:

_____

_____

_____

_____

_____

_____

_____

| Date of Response: | Responding Staff Member: |
|---|---|

**If you believe the issue was not resolved and desire to appeal a STEP 2-Request a STEP 2 grievance from a staff member. Attach the completed STEP 1 with your STEP 2, attach any additional documentation and resubmit to the Grievance Coordinator.**

Exhibit KK-6

[illegible] 4 pages

Bucks County

# [redacted] CORRECTIONAL FACILITY
# INCARCERATED PERSON GRIEVANCE- STEP 1

| Grievance Number: |
|---|
| |

Instructions: Incarcerated Person-Attempt to informally resolve you issue with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information as requested. If what you described is not grievable or unreadable, the form will be returned to you without action.

**IF THIS IS AN EMERGENCY**-immediately contact a staff member. An emergency is defined as an immediate threat to your welfare or safety.

| Incarcerated Person Name: | Incarcerated Person Number: | Housing Location: |
|---|---|---|
| Robert Adams | 074562 -Bucks County | MHU-5 |

**Describe the nature or description of problem. Print or write legibly, include date, time, and names of persons involved or witnessing the incident. If you need more space, continue to an additional form. Be as concise as possible.**

The reason why I'm using grievance from the county I was transferred to. I have never been to Delaware County until Bucks County sent me there. 1-25-22 I suffered 3rd degree burns from the shower on my arm area and I told LT. Clayton. He put in a work order and then [illegible] medical with [illegible] when I needed medical attention. I have been rushed to Doylestown Hospital by Bucks County Sheriffs for injuries I suffered [illegible] the hands of Bucks County Staff. On 11/25/22 I gave my name and [illegible] to Doylestown Hospital [illegible] [illegible] a [illegible] and x-ray of my shoulder and [illegible] hand was [illegible]. I was [illegible] and suffering from a fractured nose, hand, a [illegible] and torn [illegible] in my shoulder and hand.

Doylestown medical records will show officers fractured my nose and [illegible]

Doylestown hospital MRN: M000455622 Acct no: A00050118960 [illegible]

MRN: 2333 [illegible] FIN # [illegible]1300373940. I wrote Bucks investigator + [illegible]

No help was rendered to me. On 11/26/22 I was sick and threw up [illegible] was [illegible] but I was written up and charged for being sick. I've [illegible] [illegible] nonstop since 11/1/22.

| Date/Time Submitted: At Bucks County 1/26/23 2/5/23 | Incarcerated Person Signature Robert Adams | Emergency [ ] YES [ ] NO |
|---|---|---|
| **Date/Time Submitted:** | **Grievance Coordinator Name:** | **Emergency [ ] YES [ ] NO** |

**Disposition of Grievance: Your grievance has been carefully reviewed and the following response is submitted:**

| Date of Response: | Responding Staff Member: |
|---|---|
| | |

**If you believe the issue was not resolved and desire to appeal a STEP 2-Request a STEP 2 grievance from a staff member. Attach the completed STEP 1 with your STEP 2, attach any additional documentation and resubmit to the Grievance Coordinator.**

Exhibit L-1-2

**Doylestown Health Physicians**
PO Box 829773
Philadelphia PA 19182
Forward Service Requested

| | Account No. | Statement Date | | Payment Due |
|---|---|---|---|---|
| | 135610 | 2023-04-17 | | 358.00 |
| **Mail Pay** | | Enter Payment Amount | $ | |
| by **Check** | Payable to: | Doylestown Health Physicians | | Check No. |

**Please remit payment in full.**
**To pay your bill online please visit**
**www.doylestownhealth.org**

6662 1 AV 0.471
**ROBERT ADAMS**
1730 EASTON ROAD
1730 S EASTON RD
DOYLESTOWN PA 18901-2885

0188624-NEXS232099
TS.1GRP_0-006662-T:22



**Doylestown Health Physicians**
PO Box 829773
Philadelphia PA 19182



☐ Check if your billing information has changed.  Provide update(s) above or on the reverse side.      Please detach and return top portion with payment.

If you have questions concerning how insurance processed your claim, please contact your insurance company directly.

**Messages**
- To pay your Doylestown Health Physicians bill online please visit www.doylestownhealth.org
- Select Pay Your Bill
- Under My Doylestown Health Physician Bill click Pay Online
- Questions? Call 267-370-5285 or e-mail physicianpatientpay@dh.org
- Office Hours: 8:00am - 4:00pm

| Statement Detail | | | Statement Date   2023-04-17 | | | Account No. 135610 |
|---|---|---|---|---|---|---|
| Claim No. | Visit Date | Activity Date | Description of Service | Charges | Payments | Balance |
| 2991181 | 2022-11-28 | 2022-11-28 | Patient: ROBERT ADAMS, Account Num: 135610 | | | |
| 2991181 | 2022-11-28 | 2022-11-28 | Claim:2991181, Provider: Jeffrey Gould, MD | | | |
| 2991181 | 2022-11-28 | 2022-11-28 | Facility: Doylestown Hospital DHN | | | |
| 2991181 | 2022-11-28 | 2022-11-28 | 99284 Emergency Dept Visit | 358.00 | | 358.00 |
| 2991181 | 2022-11-28 | 2022-11-28 | Your Balance Due On These Services ... | | | 358.00 |
| 0 | | 2023-04-17 | Guarantor Telephone: 215-345-3756, Cell Number: Not Provided, Email: Not Provided | | | |

| Aging | Current | 31 - 60 | 61 - 90 | 91 - 120 | 120+ | | Payment Due |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 358.00 | 0.00 | | 358.00 |

Doylestown Health Physicians PO Box 829773  Philadelphia, PA 19182
**Please remit payment in full.  To pay your bill online please visit  www.doylestownhealth.org**

Exhibit ___ Request for press charges

B.C.P. Number

07862

## ALL INMATES FILL IN THIS SECTION

Name (Last, First)

Adams Robert

Date  1/18/23

Module and Cell Number

MHU - 5

Admission Date  10-1-22

I would like to see Investigators, I would like to press charges of officers ~~Schultz~~ officer ~~Schultz~~ for fracturing my nose and giving

I need to see that staff person because me contusions during their assault on me on 11/21/22, when I was defenseless and had surrendered before they entered the RHU unit. Catscan of my head and face from 11/28/22 Doylestown hospital will show my nose fractured and more. I would like to file hate crime charges against officer williams, I would like to press Assault charges on inmate Perkins and burgarly and breaking in entering charges on him and forgery/falsifying documents charges on officers Slaymon. I have been asking for grievance since 11/1/22 may I please get 3 grievances. A copy of this is being sent to law offices, D.A, clerk of courts, and more.

Robert Adams

Signature of Inmate

### Do Not Write Below This Line

Date request answered:

Answer:

Refferal Sent To:

Return To:                                        Module & Cell #

Signature of Staff Person

BCCF 194 REV. 10/04

TO: SPdT METELLUS                                          11/9/22
From Robert Adams - 074562                                BHU-2

ON 11-3-22 I was Found guilty of an
incident that occurred on B-Block on 11-1-22...i.e
(Fighting), I plead Not guilty. I appealed the decision
of Dittmans To: Deputy galione whose not been Here. (L.T
clayton) told me To submit my Appeal To you. I have
File An appeal (Twice) asked For charges to be Filed
and submitted a grievance To Deputy Reed. Nave Have
Replied as of yet. Galione Has been out. I ask
now The SPdT METELLUS To over Turn this sanction and
Find ME not guilty For the Following Reasons:
  on 11-1-22 at 09:35 hrs, I Retuned back To my housing
unit (B-block) From (DNA) group. I went into the
phone Room but was Escorted To my cell by officer
simpson. (cell-8). on my way To my cell, while officer
simpson held my door opened For me, I got a soda from
the inmate in 35 cell and Then Reported directly to my
cell where, c/o simpson locked me in seconds later,
only making it to the middle of the dayroom, c/o
simpson Retuned To my cell and spoke to me, due to me
screaming For Him. He immediately went and got the spray
Bottle For me, opened my door, gave it to me and, then locked me
back in. He left and Immediately Retuned with the Toilet Brush,
opened my door, gave it to me, locked it again and Then Began
Arguing with 9 cell about a Broke Tablet. He Then Address
The Block and Inmate Barling Answered Him. I/m Barling
came over and began arguing with 9 Cell. He, barling walked
off are Retuned seconds later each Time, Arguing w...

cell and then my cell. c/o Simpson was present. Boiling and I began arguing from outside of my cell, with me being inside the cell. c/o Simpson went to the desk and then when he returned he asked how did my cell door open, I told him he buzzed it open.

Mr. Sgt. Meteluss, I was not fighting. I was locked in my house/cell, where I was suppose to be. I could not flee my house/cell to get away from danger. Officer Simpson did not rush to my Aid nor did he tell inmate Boiling to stop. My cell was broken into by inmate Boiling and I was Attacked and Assaulted and no one was there to prevent me from being harmed. The security door thats suppose to protect me from physical danger Failed due to a Faulty locking mechanism/device that this institution has been aware of for years, yet, has neglected to change the locks. My house was broken into by an intruder. Under Pennsylvania Law, Federal and per the Constitutional Amendments, A person is allowed to protect His home and place of business if an intruder breaks into His home or place of business. I could not run from the danger, that entered my home, I was suppose to be protected by the security door and the lock that keep me in, the lock was some how broken into and I was Attacked. c/o Simpson lied on His misconduct as, He was not stocking toilet paper, nor did He care to protect me, custody was breeched and He did not control that inmate He started the Arguments. I would like to press charges, on both c/o Simpson and Boiling for breaking into my house and Attacking/Assaulting me; I would like to be taking out of the RHU and this sanction overturned as I have been victimized by Inmate, staff and Institution, and I would like to sit down with my Attorney and prison officals to talk about Further Resolutions. I'm being tortured for being where I was suppose to be. How is this Justice? I couldn't even run from danger and I wasn't in No?

Exhibit A-8

County of Berks
Conduct Evaluation Board Appeal Form

Robert Adams - 074582
Date of offense- 11-2-22
Offense(s) Found guilty of - Fighting

witness called in case - video footage
Decision of CEB - guilty 30 days
and sanction:
module RHU-7

Reason For Appeal: On 11-1-22 at about 9:30am, I
returned to B-Block housing unit from DNA group.
I went into the phone room but was saw by simpson
and escorted to my cell. I called officer simpson
and He provided me with a spray bottle to clean my
toilet with. After locking my cell again He turned and angle
with 9 cell about Broken tablet. Officer simpson then
yelled out to the Block saying "I Didn't I announced
tablets, and Boiling spoke up. simpson Beckoned
Inmate Boiling over where an argument Broke out. Boiling
left and Returned several times while officer
simpson was present at 9 cell. Inmate Boiling
and I began arguing while He was outside my door,
upstairs Ree was out while downstairs was Locked ing For
the morning period. Mr. galione, I was
locked in my cell, where I was suppose to
be! I did not leave my cell nor was
I able to leave my cell. There was
no officer inside my cell to do anything
to save me, protect me nor Help me,
and There was no where For me to
Flee. I could not run away from
danger. over simpson and this prison
put me in grave danger. I was in
great Fear of m life, limb and liberty.
I was assaulted and Attacked by a
Inmate who Broke into my cell because
of Faulty locking machanism that this institution
knew about For years. IF officer simpson
Didn't Buzz Him in my cell Then, your cell door
locks Failed to protect me as did your Clo

I did not engage at all. I was not Fighting. Inmate bonking. is. seen doing something to my door and no one told him to stop.!? nor did the security team tell him to stop. How is it possible that, Im locked in the cell where Im suppose to be - (In my own cell) - Following orders and they, my House is Broken into by an intruder - which is clearly shown on video Recording 'Breaking into my Home - And I am written up For Breaking the Rules and Regulations of the institution? By law, Under. pennsylvania Law, Federal law and constitutional Law, I am Allow to Protect my own Home, self and property when a intruder Breaks into my home. Furthermore, this institution Has Broken its own Rules and Regulations by not protecting me and providing me with a secure/safe place to reside.

Wherefore the Reasons set forth in this appeal I humbly ask that this cruel and unusual punishment be stopped and I be Released From the hole To move Forward with me legal litigations. over turn this Ruling and sanction. And please Tell your officers "williams" To stop calling me Faggots and bitches. He keep Talking about my Wife and Im Trying To save my Family.

GRIEVANCE

EX. A3

To: REED                                          Date: 11-9-22
From: Robert Adams - 074562        Location: RHU-15

I am writing this Grievance to complain about
my Rights Being violated yet again while I
am in this institution. while Here in the RHU, I
Have Requested to go to the law library several
Times and I have been denied, which is against
my constitutional rights. Even death Row inmates
are allow to Attend the law library and Research
their case and other legal matters. Because
of this cruel and unusual punishment and
other legal violations that I have been
subjected too and placed under by the
staff Here at Bucks county prison and the
institution itself, I Respectfully Asked To: ①
be allowed to Attend the law library,
② press charges on officer simpson and this
institution for Allowing me to be Attacked,
for Helping inmate boiling attack/Assault me, for
the Lack of "care" by not providing me with
a safe place to lay my head...(because of
door's that have Faulty Locking mechanism which
Allows inmates to break in) and I Respectfully
asked to be Financially Compensated with whats negotiated
between my Attorney, myself and the institutional
officials with their legal Representative.
The wrote down library and requested
1983 civil law suit packs, strickland v washington, thank you kindly
power of Attorney for and everything an prisoners Rights
warnings and nothings come to me. Asked to use tablet for law library but
was denied

Exhibit
A4.

APPEAL   CCBC Appeal   APPEAL

TO: SpDT Metellus          Incident # 22-101-680          11-9-22
From: Robert Adams,-OT4562                                RHu-15

On 11-3-22 I Was Found Guilty Of An Incident That Occurred On B-Block On 11-1-22... I.E (Fighting) I Plead Not Guilty. I Appealed The Decision Of Dittman To: Deputy Galione Whose Not Been Here. Lt. Clayton) Told Me To Submit My Appeal To You. I Have Filed An Appeal (Twice) Asked For Charges To Be Filed And Submitted A Grievance To Deputy Reed. None Of Them Got A Reply As Of Yet. Galione Has Been Out. I Ask Now That SpDT: Metellus To Overturn This Sanction And Find Me Not Guilty For The Following Reasons:

On 11-1-22 At 09:35 Hrs, I Returned Back To My Housing Unit (B-Block) From (DNA) Group. I Went To The Phone Room But Was Escorted To My Cell By Officer Simpson. (Cell-8). On My Way To My Cell While Officer Simpson Held My Door Opened For Me, I Got A Soda From The Inmate In 35 Cell And Then Reported Directly To My Cell Where, C/o Simpson Locked Me In. Seconds Later Only Making It To The Middle Of The Dayroom, C/o Simpson Returned To My Cell And Spoke To Me Due To Me Screaming For Him. He Immediately Went And Got The Spray Bottle For Me, Opened My Cell Gave It To Me And Then Locked It Right Back. He Left And Immediately Returned With The Toilet Brush, Opened My Cell Door, Gave Me The Brush And Locked Me In Again Then Began Arguing With 9 Cell About A Broken Tablet. He Then Addressed The Block And Inmate Boiling Answered Him. Inmate Boiling Came Over And Began Arguing With 9 Cell. Inmate Boiling Walked Off And Returned Seconds Later Each Time Arguing With 9 Cell And Then My Cell. C/o Simpson Was Present, Boiling And I Began To Argue From Outside My Cell With Me Being Inside My Cell. C/o Simpson Went To The Desk And Then When He Returned He Asked How Did My Cell Door Open, I Told Him He Buzzed It Open.

Mr. SpDT Metellus, I Was Not Fighting. I Was Locked In My Cell/

I could not ~~open~~ open my cell.

House Where I Was Supposed To Be. I Could Not Flee My House/Cell To Get Away From Danger. Officer Simpson Did Not Rush To My Aid Nor Did He Tell Inmate Boiling To Stop. My Cell Was Broken Into By Inmate Boiling And I Was Attacked And Assaulted And No One Was There To Prevent Me From Being Harmed. The Security Doors Thats Supposed To Protect Me From Physical Danger Failed Due To Faulty Locking Mechanisms/Device That This Institution Knew Of For Years, Yet Has Neglected To Change The Locks. My House Was Broken Into By An Intruder. Under Pennsylvania Law, Federal And Per Constitutional Amendment, A Person Is Allowed To Protect His Home And Place Of Bussiness If An Intruder Breaks Into His Home Or Place Of Byssiness. I Could Not Run From The Danger That Entered My Home, I Was Supposed To Be Protected By Security Doors And Locks That Keep Me In, The Lock Was Broken Into Somehow And I Was Attacked. C/o Simpson Lied On His Misconduct As, He Was Not Stocking Toilet Paper, Nor Did He Care To Protect Me, Custody Was Breeched And He Did Not Control That Inmate. He Started The Arguments, I Would Like To Press Charges, On Both C/o Simpson And Inmate Boiling For Breaking Into My House And Attacking/Assaulting Me. I Would Like To Be Taken Out Of The RHU And This Sanction Overturned As I Have Been Victimized By Inmate, Staff And Institution And I Would Like To Sit Down With My Attorney And Prison Officals To Talk About Further Resalutions. Im Being Tortured For Being Where I Was Supposed To Be. How Is This Justice? I Couldnt Even Run Away From Danger And I Wasnt Fighting!

ps; I placed my Appeals in on Time But they say Deputy Gaglione Has not Been Here.

I placed my Appeal in Same day I was Found Guilty. Look at Video Footage. 11-3-22, 11-4-22, 11-5-22, 11-6-22, 11-7-22, 11-8-22, 11-9-22, 11-10-22, 11-11-22 I File paperwork Everyday and The RHU Case manager never comes Back Here. ~~are sheff~~ The has None

Sincerely;
Robert Adams

EX. A6

superintendenT METellus                    11/11/22

Happy VeTeran Day

I apologize For having To Reach you this
way but, my mail and In House
mail Has been Tampered with by yours offices
and I Have been informed by my Attorney
To mail this To you so, you can be one
oR Two Things, 1, involved with the illegal
unlaw cruel and unusaul punishment that
Im being placed under by yours staff oR
2, you can be Removed as a partieipating
member who have violated all my human
and prisoner Rights.

I sent you and mrs. Kelly Reed
some documents and they Returned
To me, my Attorney was given what
was sent back and The same
person whote on blue stickys
and Returned them. Enclosed is my
appeal that Dittman, sgt Raggi,
sgt. n ckir, L.T. clayTon, C/o williams,
C/o BRinnagin, C/o long, L.T. Thompson,
c/o's and more Told me To send to
you because I should not Be in the
Hole. I was not FighTing, I am

a older man with a loud voice, who was attacked/Assaulted by an Inmate who broke into my cell. I was secured in my cell, The officer opened my door and locked it several Times. Because of Faulty locks, because of Faulty locking mechanisms and because of an officer Failing to adhere to "care, custody and control," I was Assaulted/Attacked in my Home/cell by an intruder who broke in. I could not Run, I could not Phone For Help and the officer instigated The entire Assault. Then He lied on official prison documents To cover up His involvement in the assault. He Falsified Legal documents, which is a crime. He was never stocking Toilet paper. I am Requesting To press charges on inmate borling For Breaking into my House, Assault, Burglary, Aggravated Assault, False imprisonment and Falsifying official documents. I would like To File/press these charges of officer simpson as well and conspiracy To commit these crimes that was committed against me while in This institution. Please view video of my house being Broken into

a older man with a loud voice, who was attacked/assaulted by an inmate who broke into my cell. I was secured in my cell. The officer opened my door and locked it several times. Because of faulty locks, because of faulty locking mechanisms and because of an officer failing to adhere to "care, custody and control," I was assaulted/attacked in my home/cell by an intruder who broke in. I could not run, I could not phone for help and the officer instigated THE entire assault. Then he lied on official prison documents to cover up his involvement in the assault. He falsified legal documents, which is a crime. He was never stocking toilet paper. I am requesting to press charges on inmate bailing for breaking into my house, assault, burglary, aggravated assault, false imprisonment and falsifying official documents. I would like to file/press these charges of officer simpson as well and conspiracy to commit these crimes that was committed against me while in this institution. Please view video of my house being broken into



# County of Bucks

## PRISON OVERSIGHT BOARD

**Administration Building**
**55 East Court Street, Doylestown, PA  18901**
**(215) 348-6435    Fax (215) 348-5216**

**Diane M. Ellis-Marseglia, LCSW,** *Prison Board Chair*
**Gene DiGirolamo,** *Prison Board Vice Chair*
**Pamela Van Blunk, Esquire,** *Prison Board Secretary*

May 9, 2023

Robert Adams, Inmate 074562
Bucks County Correctional Facility
1730 S. Easton Rd.
Doylestown, PA 18901

re: Grievance 2023-09

Dear Mr. Adams,

The Grievance Committee of the Prison Oversight Board has reviewed your 3rd level grievance.  Your allegations were reviewed by the District Attorney's Office, and they advised that they will not be filing charges. Therefore, this will exhaust your administrative remedies related to this grievance.

Sincerely,

Prison Board Investigations Committee

cc: David Kratz, Director
    Kim Doran, POB Secretary

B.C.P. Number

074562

## ALL INMATES FILL IN THIS SECTION

**Name (Last, First)**
Adams Robert

**Date**
5-18-23

**Module and Cell Number**
MHU-5

**Admission Date**
10-1-22

I would like to see _Deputy Ms. Reed, every morning at 3AM my cell is searched and your people destroy my cell and toss my legal work everywhere._

I need to see that staff person because: _This is not done to no other inmate on RHU status. This is an attempt of staff and the facility to provoke me. my cell can be searched at any other time during the day but you pick when I take my disability medication to order officers to ransack my cell, talk aggressively to me and disrespect me by constantly gripping and grabbing me. I have no tablet in my cell and you know that. my cell is in complete disarray. officer bromley tossed my legal mail everywhere and then He was reading my legal documents. you people are abusing me and harassing me. I'm asking you to stop. my attorney louis busico is getting a copy of this request slip. you want someone to behave but you keep beating them. How can they not be upset? look at cameras Robert Adams I am noticeably upset this morning SGT Nichus and bromley destroyed my cell_

_Signature of inmate_

Do Not Write Below This Line

**Date request answered:**

**Answer:** I'll look into issue

**Referral Sent To:** _____

**Return To:** _____ **Module & Cell #** _____

**Signature of Staff Person** _____

BCCF 194 REV. 10/04

cc: SPdT. Metellus
cc: Captain Nottingham
cc: Louis Busico Attorney
cc: Deputy Reed
cc: Deputy Cantoni
cc: Administration

This Request was FOR Captain Nottingham

Ps. As you can see I wrote you when I Had a problem like I said I would. may you please cut my RHU time? continue to stay out of trouble

and it will be evaluated

Deputy K. Reed                                                    11/22/22

# Grievance

I am writing this/my Grievance on white paper
I was Attacked by officers who while I was down
with my Hands behind my head motionless, I was punched in the Face
deliberately and Kneed in Face and head by schuster. my Right
shoulder Has a baseball size Lump on it AFTER your OFFICERS
along with SgT. Beck dragged my Arms through the try
slot last night with a chain that was attached to
the cuffs. Officer Gay spit in my Bag dinner. I asked
L.T. clayton For a grievance/green sheet, He
said No! and so did the Atlantic case manager.
my Breakfast bag was spit in with Tabacco
Juice. Officer williams Has been Threatening
me, calling Racial slurrs such as nigger, pussy
Fagget, (Has threat my son's life, my wifes and
He has defaced my Quran and Religion materials.
He has stood on my cell door several times, Threatening
me and this is the First time He Has ever
come into my cell since I've been on the
unit. He has been antagonizing me and Bullying
me. I've asked a thousand times For green sheets
and no one ever Has Any no where. I white
on paper and its sent Back. A LT caught
Him threatening me Last week and He didn't work
the RTU the Rest of Last week. Read His
HPS. He stood by the shower peeking around
the corner and Holding His key the shower day
Last wEEK where He was caughting bully + antagonizing re

Exhibit B11

Exbt B12

# MISCONDUCT REPORT
## DEPARTMENT OF CORRECTIONS
### BUCKS COUNTY

VM Copy.

Incident Number: 23-0524-493

Inmates BCCF Number 074562

Inmates D.O.B 7/12/1980

| OFFICER'S REPORT | | | | |
|---|---|---|---|---|
| Inmate's Name | Place of Misconduct | | Date | Time |
| Adams, Robert | MHU-05 | | 5/24/2023 | 0315 |

| Other Inmates Involved | Cell | Name | | Witnesses | Cell | Name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Class & No. | Misconduct | Class & No. | Misconduct |
|---|---|---|---|
| 1-13 | Threats | | |
| 1-15 | Destruction Of County Property | | |

### Officer's Version

On 5/24/23 at approximately 0315 I (Ofc. Bromiley) was conducting a search of MHU-05 cell, which is occupied by inmate Adams, Robert #074562. During my search I found the inmate ID band of inmate Adams, Robert on the floor. When I exited the cell inmate Adams admitted that he had taken the ID band off of his wrist. Inmate Adams then began to threaten myself and other staff. Stating that "I will fuck you up."

### Immediate Action Taken

Remain Locked Pending CEB

| Copy Given To Inmate By: | Date: 5-24-2023 | Time: 0500 |
|---|---|---|
| Date of Report 5/24/2023 | Signature and Title of Reporting Officer      Ofc. Bromiley | Institution BCCF |

Reviewed By    Sgt. Cruz, N.
Shift Supervisor

Reviewed By    Lt. Hugg
Shift Commander

Date Reviewed  May 24, 2023

Exhibit B13

# MISCONDUCT REPORT
## DEPARTMENT OF CORRECTIONS
## BUCKS COUNTY

Incident Number: 23-0322-953

Inmates BCCF Number 074562

Inmates D.O.B 07-12-1980

| OFFICER'S REPORT | | | |
|---|---|---|---|
| Inmate's Name | Place of Misconduct | Date | Time |
| ADAMS, ROBERT | MHU-5 | 03-22-2023 | 0325 |

| Other Inmates Involved | Cell | Name | Witnesses | Cell | Name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Class & No. | Misconduct | Class & No. | Misconduct |
|---|---|---|---|
| 1-6 | CONTRABAND | | |
| | | | |
| | | | |

**Officer's Version**

INMATE ADAMS WAS FOUND WITH A TABLET ON HIS PERSON, INMATE IS ON RHU STATUS AN IS NOT ALLOWED A TABLET AT THIS TIME

**Immediate Action Taken**

Remain Locked Pending CEB

| Copy Given To Inmate By: OFC Harrison | Date: 3-22-23 | Time: 0505 hrs |
|---|---|---|
| Date of Report 03/22/2023 | Signature and Title of Reporting Officer     Officer Butler | Institution BCCF |

Reviewed By _Spencer_
Shift Supervisor

Reviewed By _LT. Hughs_
Shift Commander

Date Reviewed 3/22/23

5/1/23

This is A Behavior contract; I
Robert Adams will stay out of
Trouble. I will Be good. I will
stay To myself, Remain compliant
with my medications and Attend my
programs.

I will not be aggressive To
Any one Nor will I Retaliate For
whats Been done To me.

I will abide by all the Rules of
The Facility To the Best of my
Ability.

I will work my Assigned Job and
Follow directives given To me By staff.
I will not go about Disrespecting staff, Inmate
nor myself

I hereby Sign In agreement with this
contract and Hope This Facility agrees To
Allowing me a RHU Time cut and allowing
me To Return Back To population,
B-Block!

Sincerely

Robert Adams

*Exhibit W9*
*Inmate Roberts Refused court*
*not Inmate Adams' showing conspiracy*

# MISCONDUCT REPORT
## DEPARTMENT OF CORRECTIONS
### BUCKS COUNTY

**Incident Number:** 23-0313-880

**Inmates BCCF Number** 074562

**Inmates D.O.B** 07/12/1980

| OFFICER'S REPORT | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate's Name** | | **Place of Misconduct** | | **Date** | | **Time** |
| Adams, Robert | | MHU 5 | | 03/13/2023 | | 0850 |

| **Other Inmates Involved** | Cell | Name | | | **Witnesses** | Cell | Name |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Class & No. | Misconduct | | Class & No. | | Misconduct |
|---|---|---|---|---|---|
| 1-24 | Disobeying a Direct order | | | | |
| | | | | | |
| | | | | | |

| Officer's Version |
|---|
| On Monday March 13, 2023 at 0850 hours I, Sgt. Grous, was tasked with escorting Inmate Roberts, Adams #074562 from MHU 5 cell to the reception for a court appearance. Inmate Roberts refused the direct order to handcuffed and taken to court. Misconduct issued.

End of Report |

| Immediate Action Taken |
|---|
| Locked pending CEB |

| **Copy Given To Inmate By:** K. Thompon | **Date:** 3-13-23 | **Time:** 10:03 |
|---|---|---|
| **Date of Report** 03/13/2023 | **Signature and Title of Reporting Officer** Sgt. Grous | **Institution** BCCF |

Reviewed By   Sgt. Pohopin
Shift Supervisor

Reviewed By   Lt. Morris
Shift Commander

Date Reviewed 03-13-2023

Exhibit DD-1

## BUCKS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

DATE 4/26/23

NAME Robert Adams    BCCF# 074562    FACILITY BCCF    CELL n/Hu-5
GRIEVANCE # 2023-27, DATE POSTED: 5/1/23    , INITIALTED

*It is understood that all information pertaining to this grievance shall be released to the Bucks County Prison Oversight Board.*

ATTACH ADDITIONAL PAGES AS NEEDED

Statement detailing the act or condition giving rise to this grievance: (Be specific, list all dates, times, locations and witnesses. Handwritten grievance must be **legible**, if not it will be returned.)

I write this grievance to complain about my Account being frozen and how my phone-pin is blocked, preventing me from calling my attorneys I am also locked out of Lexis nexis which is a free legal research program that allows inmates to look up their legal matters I was also denied visit which is wrong and in violation of the 1st and 14th amendment. The law library tree is inadequate and old and it takes weeks for me to get a reply when I Request certain case law. To Block me from using Lexis nexis is to denied me access to the court which is unlawful and unconstitutional. To freeze my Account and prevent me from buy Hygiene is wrong as well.

Statement detailing informal process which you have attempted in order to resolve this grievance: (Attach any written documentation from staff.)

I wrote green slips, Talked to staff and case manager.

Specific remedy being sought:

Restore my Ability to use Lexis nexis, phone, commissary, etc. etc and Financial compensation

Received by:_____ Date:_____

First Level Response:

~~You are currently on Restricted Housing Unit status due to various disciplinary misconducts during your incarceration. Based on this status, you are not permitted the privilege of tablet access, phone calls and/ or visits. You do have access to your attorney via your case manager. The Law Library staff reported having a total of 4 request slips between February and March, which were all answered in a timely fashion. You are provided limited and adequate hygiene items as stated in the Inmate Handbook. Based on this information, your grievance is denied.~~

Answered by: _____    Date: 5-11-2023

**Appeal to Director of Corrections**: If the inmate/resident is not satisfied with the outcome of the first level response, he/she may then forward a written appeal, with the previous response, to the Director. The appeal must be filed within ten (10) days of the inmate's receipt of the first level response. After a review, the Director will make resolution in writing within ten (10) days of receiving the appeal. (appeal form on back).

**Appeal to the Bucks County Prison Oversight Board**. If the inmate/resident is not satisfied with the outcome of the appeal to the Director, he/she may forward a written appeal with the previous responses, within ten (10) days of receipt of the Director's response, to the Bucks County Prison Oversight Board, attn: Controller's Office, 55. E. Court Street, Doylestown, PA, 18901. The County Prison Oversight Board shall provide the Director of Corrections with a copy of any such appeal and will forward its written decision to the inmate/resident and the Director of Corrections.

## NOTIFICATION OF APPELLATE REVIEW BY DIRECTOR

Statement of rationale for appellate review:
I'm not provided my hygiene products by Bucks County. I can be locked from the tablet is true but Lexus news is a free legal service that I should not be blocked from. My phone pin should not be restricted as staff have given my commission to use a tablet and call my attorney and other commissary and I have proof of that. I told my case manager I needed to contact my attorney and she has not been back here. I have been given HMU time with out having a hearing 20 days was added on for charges that I did have a hearing for. Look at the cameras. Dittman never came back here and gave me a hearing so that time should be removed as he denied me my procedural due process under the 14th Amendment.

Received by:_____   Date:_____

Resolution:
No new evidence, therefore grievance is denied.
_____
_____
_____
_____
_____
_____

Answered by:_____   Date: May 22, 2023

*****************************************************************

## NOTIFICATION OF APPELLATE REVIEW BY BUCKS COUNTY PRISON OVERSIGHT BOARD

Statement of rationale for review by Prison Oversight Board:
_____
_____
_____
_____
_____
_____
_____
_____

Received by:_____   Date:_____

Resolution by Prison Oversight Board:
_____
_____
_____
_____
_____
_____
_____
_____

Answered by:_____   Date:_____

DOC-226 (rev. 03/19)

Exhibit /

# BUCKS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

DATE _5/2/23_

NAME _Robert Adams_ BCCF# _074562_ FACILITY _BCCF_ CELL _MHU-5_

GRIEVANCE # _2023-30_, DATE POSTED: _5.8.23_, INITIALTED: _(M)_

*It is understood that all information pertaining to this grievance shall be released to the Bucks County Prison Oversight Board.*

ATTACH ADDITIONAL PAGES AS NEEDED.

Statement detailing the act or condition giving rise to this grievance: (Be specific, list all dates, times, locations and witnesses. Handwritten grievance must be legible, if it will be returned.)

Your officers stand to close to my face when I'm taking my meds. These meds often should not close to my face while I'm taking my medication. It is sexual, inappropriate and I am very offended, disrespected and disgusted. On the above date at 3am officer Harrison searched my cell while I was taking my disability medication. He went through my legal mail and then began reading my court documents whereupon the came to the door with the court papers in his hand holding it and making states of the inappropriate nature. He went through my manilla envelopes and pulled out my court documents and began reading them which it is against the law and 2, 4, 8th and 14th amendment of the United States constitution. Furthermore He then destroyed my cell which there was no need to do so. After I stated He was in the wrong. It was clearly shown that the document was legal and from the courts as I was gave order about my son 2yr woodsaw. I would Like to press Federal Charges of tampering with mail and reading legal documents at anothes against this ofm. I would also like to press charges on the inmate in A-7 for spit in my face during video. Sgt Murphy told me to medical will making. I wrote the investigators and wandes metalins about that matter. That items was removed from body and should have never been in Panel with us. My cell's searched + destroyed everyday to harass me. Rasyb2R on 4/21/23, smyth on 4/22/23. Sgt Cruz on 4/23/23, Sgt in Cruz on 4/24/23, Harrison on 4/25/26, Clarkson on 4/27/23, Harrison on 4/29/23, on 4/30/23 Sgt Cruz searched my cell while I 5/1/23 being butted inside the cell. He did not destroy my cell but still looked through it on 5/2/23 Sgt di cruz search cell and poked through stuff leaving it disarray and on 5/1/23 Sgt Cruz searched my cell again. This is harassment. Theres no will I ha contraband in my cell and staff keep tearing my cell up. My privacy was illegaly violated by Harrison reading my legal work. Look at the Rotating Cameras and camming. He read my legal work. I need you to have me above. Cell make me sick as I am House on a mental health unit but where theres constant retaliation, antagonize, harass me and more. Ya'll already to add my buttons pen.

Statement detailing informal process which you have attempted in order to resolve this grievance: (Attach any written documentation from staff.) Banging and screaming to torture me. Then you allow these inmates out of there cells to bother me, get on my door and make. I verbally told Sgt.B.K. Kebelin who was present and she read my legal document as well. It's all camming. I wrote a grievs slip but got no response. I've been complaining about items Harassed everyday and my cell puts up every single day. There is no penological reason to search my cell every single day for over a 2 month straight. There also no reason for your officers to be reading my legal mail. It is against the law for you to do so. Your officer opened my legal mail, removed the document from a sealed envelope and then read the legal mail which is against the law.

Specific remedy being sought: It violates the confidentiality clause between Lawyer and client. Stop standing so close to my face. I wish to press charges on inmate who spit in my face. I also wish to press charges on Harrison for tampering with my mail and reading it and I asked that I stop being Harassed with searchins my cell everyday. I also ask to be financially compensated for all the pain suffering and torture I've been enduring.

Received by:_____ Date:_____

First Level Response:

~~As mentioned in the inmate handbook, all inmates are subject to searches at any time, and legal mail~~ ~~can be checked for contraband. I find no evidence to support your claims of harassment by staff. The~~ contact between you and staff are appropriate as dictated by your custody level and security bulletin. This grievance is denied.

Answered by:_____ Date: _5.11.2023_

**Appeal to Director of Corrections**: If the inmate/resident is not satisfied with the outcome of the first level response, he/she may then forward a written appeal, with the previous response, to the Director. The appeal must be filed within ten (10) days of the inmate's receipt of the first level response. After a review, the Director will make resolution in writing within ten (10) days of receiving the appeal. (appeal form on back).

**Appeal to the Bucks County Prison Oversight Board**. If the inmate/resident is not satisfied with the outcome of the appeal to the Director, he/she may forward a written appeal with the previous responses, within ten (10) days of receipt of the Director's response, to the Bucks County Prison Oversight Board, attn: Controller's Office, 55. E. Court Street, Doylestown, PA, 18901. The County Prison Oversight Board shall provide the Director of Corrections with a copy of any such appeal and will forward its written decision to the inmate/resident and the Director of Corrections.

### NOTIFICATION OF APPELLATE REVIEW BY DIRECTOR

Statement of rationale for appellate review:

I asked to press changes on the inmate that spit in my face Inmate "Aguayo, Jimmy Joe #133425. your Sgt murphy and offree marino took me to medical Because of the trestment. Also theres no pexological reason for you to search my cell every single day when you dont search others Inmates on RHU status every morning and I have proof to thats you people are harassing me perposely trying to trigger a response out of me By teaning my cell up and an offiber does not have a right to read my legal mail or documents and By law my legal mail is to be seached in front of me By law. And you stariped seen me out and obserimmate against me and violate my RIGHTS. You stariped seen me the fount of sgt N. chuz which is in violation of my 8th amendment. Sgt 1'm Sgt MUAPHY & LT wylie striped me naked and left me in front of Inmate Naked 5 "Miranda me on 11/26/22 + 11-28-22

Received by:_____      Date:_____

Resolution:

No new evidence, therefore grievance is denied.

_____
_____
_____
_____
_____
_____
_____

Answered by:_____ _____      Date: May 22, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTIFICATION OF APPELLATE REVIEW BY BUCKS COUNTY PRISON OVERSIGHT BOARD

Statement of rationale for review by Prison Oversight Board:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Received by:_____      Date:_____

Resolution by Prison Oversight Board:

_____
_____
_____
_____
_____
_____
_____
_____
_____

Answered by:_____      Date:_____

DOC-226 (rev. 03/19)

S MHW 5

Adams, Robert

*Exhibit: A*

# BUCKS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

3/23/23

DATE __4/12/23__

NAME __Robert Adams__   BCCF# __074562__   FACILITY __BccF__   CELL ~~MMFC~~ 5

GRIEVANCE # __2023-17__, DATE POSTED: __4·19·23__, INITIALTED: ___

_It is understood that all information pertaining to this grievance shall be released to the Bucks County Prison Oversight Board._

**ATTACH ADDITIONAL PAGES AS NEEDED**

Statement detailing the act or condition giving rise to this grievance: (Be specific, list all dates, times, locations and witnesses. Handwritten grievance must be **legible**, if not it will be returned.)

:p Clarke Threaten to Punch my Face.

C/o Clarke Threatened me. my Laundry hasn't been washed in 5 months look @ cameras. I am Tired of being both intergorated and Harrassed mentaly Tormented and psychologically abuse by BccF officers on the daily basis. On 3/23/23 at 3pm during moving supervise medication How my cell was Harrassed by officer Clarke. I said Something to Sgt beck who would allow officer Clarke to call me a bunch of pussys. cowardly fagge to bitch and snitchs. Sgt beck at allow officer Clarke to Harrassed me cell on. Then verbally abuse says. ClarKe also Step towards me as if to assault me and Sgt Beck held him back was strip cabeen in front of Sgt ¿BU? by cabent and miles + also miles and Harrison while in violation of my 1st Amendment of the U.S constitution. I am blocked from using Law library. I have been blocked from ordering commissary, hygiene products, paper and envelopes. My cell has been searched every single day on the past 40 or 50 days. Sometimes Twice a day. This is Harassment. I've been strip searched in front of c/o woman Tucker. I have been denied yard, and I'm being Tortured by the harsh conditions of mental health. Inmate constantly banging and screaming 24 hours a day officer clark toss on human, on the floor the first time he tore my cell up. This is also disturbing Inmate Allowed Sanchez-095098 is next door to the and his cell is being searched and He Takes showers as well. I am being mentally Beaten and Tortured by staff and Administrative Here as Bucks county prison. You have left me in cells dark with feces, each time I have to scrub it with my soap and chemicals. My cell is Harrassed almost everyday they want Body ¿hairs? the mattress on the bunk on making it I'm BlockEd/prohibited from law library nd commissary to buy Hygiene products, I'm Harrassed everyday. I Take my medication x 3am. My Nurse ¿Esra? Has been giving me different medication on Certain days and I Request a blood Test because I Know How my meds Taste. C/o Bitten called me snitches in front of baby Sinns and officer pippens Subey, new, gray, carreck, each Lt Hugg, Sgt Odonnell, LT. white, F. williams, Schuster, LT. clayton, LT. whiteall, office ¿murphy?, st.beck, Sgt Gnovs, Sgt Hamklin, c/o simpson, metcaffee, Harrison, Armand, my wife, case manager boba depuy Reed, Spila, metellus, depuy Goslewn, Capt ¿wolfincher?

Statement detailing informal process which you have attempted in order to resolve this grievance: (Attach any written documentation from staff.)

no 3 Unknown officers Have Retaliated against me, or abused me, 'A beaten me, or assault me, or denied me Humane conditions or Has disregarded my Pleas for Help, or Has verbally abuse, verbally assaulted me, deprived me of my Right and ¿deny? at some Time or another and I am internaly Tired of it, medical Has even denied me proper and Adequate medical care. I chose green request slip, sick call, Talked To every Staff member mentioned in the grievance, Tried Talking to metellus but He Brushed me off, I wrote depuy Reed and Spila metellus, The investigators are inept. I even wrote officer and asked for a Time cut off or Explain a miscarriage of Justice as He withhold evidence that would of freedom me on 11-2-22. This is cruel and unusual punishment This violates my 1, 6, 14, 8 Amendment of the Constitution. I was told to Hot ?limit. mentioning me, by keying me or harassing me.

Specific remedy being sought: (Attach any referencing time out) I have Plea slip Abuse me, intimidating, Harassing me, I Request to be compensated For the physical abuse I suffered at the hands of Staff For the Violation of my constitutional Rights. I Request to use the Law library. I would of Having a actual library at all. I Request that my RHU Time be cut as of now and given me Tablets as well as Inmates and I have not gotten a Tablet of my own. You can Not expect me to Not accept a Toilet to call my love on How Ive been in the Hole since 11/11/22. It would be unreasonable to Think I wouldn't my cell to get a Tablet or food. It has to come to me. Everything Has to come to me or Staff, C/o permission that was given to me if it was starving. I have a Family just like you do. And I can't

Received by: _____   Date: _____

**First Level Response:**

~~As stated in the inmate handbook, all inmates are subject to searches at any time and the regular use of a tablet is a privilege.  If you are seeking medical attention please submit a sick call slip.  There is no evidence to support your claims, therefore this grievance is denied.~~

Answered by: _C_____   Date: __4·27·2023__

**Appeal to Director of Corrections**: If the inmate/resident is not satisfied with the outcome of the first level response, he/she may then forward a written appeal, with the previous response, to the Director. The appeal must be filed within ten (10) days of the inmate's receipt of the first level response. After a review, the Director will make resolution in writing within ten (10) days of receiving the appeal. (appeal form on back).

**Appeal to the Bucks County Prison Oversight Board**. If the inmate/resident is not satisfied with the outcome of the appeal to the Director, he/she may forward a written appeal with the previous responses, within ten (10) days of receipt of the Director's response, to the Bucks County Prison Oversight Board, attn: Controller's Office, 55. E. Court Street, Doylestown, PA, 18901. The County Prison Oversight Board shall provide the Director of Corrections with a copy of any such appeal and will forward its written decision to the inmate/resident and the Director of Corrections.

stop destroying my cell every day and leave me alone, all of you.

## NOTIFICATION OF APPELLATE REVIEW BY DIRECTOR

There is no way for contraband. stop Harassing and Tormenting me

Statement of rationale for appellate review: you search to Harass me.

my cell is Searched Every single day when I Take my disability medication and it is left Destroyed. This is Harassment you rape destroy my cell For no Reason. I've been stripped searched in Front of Sgt N Cruz For no Reason. She's a woman, not cool. You Know theres no contraband in my cell. you got me locked on the mttc unit. Every single day For over 2 months straight my cell is searche twice or Thrice a day. Then Im Blocked From using Lexis Nexis law library and From using my pin To call my law Firm. What yous doing is Breaking the law yous are causing me mental and emotional distress.

Received by:_____ Date:_____

Resolution:
No new evidence.  Agree with Level 1 Response, therefore grievance is denied.
_____
_____
_____
_____
_____
_____
_____

Answered by:_____ Date: May 9, 2023

**************************************************************
## NOTIFICATION OF APPELLATE REVIEW BY BUCKS COUNTY PRISON OVERSIGHT BOARD

Statement of rationale for review by Prison Oversight Board:

Please stop searching my cell every single day. This is harassment and I Tired of Being Searched and my cell Trashed everyday. A copy of this grievance is Being written on plain white line paper and submitted To this oversight Board For legal purposes. I've Sent a grievance to the oversight Board months ago and yous still have responded. I also have Requested To press charges on The Inmate who spit in my Face Sgt. murphy knows who spit in my Face AGUAYU, Johnathon 133425. This violates my 14th Amendment. Lexis Nexis is A Free law App and program. Grievance mailed 5/11/23.

Received by:_____ Date:_____

Resolution by Prison Oversight Board:
_____
_____
_____
_____
_____
_____
_____
_____

Answered by:_____ Date:_____

**************************************************************
DOC-226 (rev. 03/19)

Adams Robert
With 5

*(Exhibit B2) For Tort against Bucks count correctional Facility dated 9/20/23*

# *PrimeCare Medical, Inc.*
## — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _Robert Adams_  DATE / FECHA _11/22/22_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _074562_

DATE OF BIRTH / FECHA DE NACIMIENTO _7/12/80_

(UNIT / CELL) / (UNIDAD / CELULA) _M/HU - 3_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _I need medical_
_conterture Asap, my Elbow (Right) is sprain_
_disbeated. From the incident that occured_
_between 9-10pm at mhu 3 cell. I also_
_have an concussion from 10/10 on 11-21-22._
_my Shoulder disbeated and cant Breath out of nose._

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _Received in Medical_
_11/23/22. Seen & evaluated_
_11/21/22_

_____
(SIGNATURE)

_11/23/22_
(DATE)

Form # 9113 AU
PCM Forms Manual © 2016

*ee, spdt. metellus* · *bril* · Sick call (Exhibit: B) · For test against Bucks County correctional Facility Dated 4/20/23

## *PrimeCare Medical, Inc.*
### — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _Robert Adams_ DATE / FECHA _11/22/22_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _074562_

DATE OF BIRTH / FECHA DE NACIMIENTO _7/12/80_

(UNIT / CELL) / (UNIDAD / CELULA) _MHU-3_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _My Hands_
_are Numb From the Hand cuffs_
_Being chrunched on me, And There_
_is a my shoulder and Elbow on_
_Right arm baseball size Lump on_
_Right Back shoulder. my Head continues To pay_
_my nose is brittle From being Broken, I need_
_Help_

*(TO BE COMPLETED BY MEDICAL STAFF)*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _____
_Seen and evaluated_
_11/21/22_
_____
_____

_____ _11/23/22_
**(SIGNATURE)** LPN **(DATE)**

Form # 9113 AU
PCM Forms Manual © 2016

CC, Robert Adams
CC, Grievance
CC, LT, Thompson

Exhibit
W-2

# *PrimeCare Medical, Inc.*

## — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE __Robert Adams__ DATE / FECHA __5-17/23__

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE __074562__

DATE OF BIRTH / FECHA DE NACIMIENTO __7/12/80__

(UNIT / CELL) / (UNIDAD / CELULA) __MHU-5__

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD I would like to take a Blood Test to know what nurse Enna has slipped me instead of my 16mg Suboxones. She has been Tampering with my medication for months and I have been verbally complaining. I know the effects of my medication and This sweat outbreak is because she slipped me something other than my medication. I have had a Severe Acid build up thats Burning my throat as it comes up. Your nurse has poisoned me intentionally and I am literally Bringing up acid and it Burns my Throat Badly. I want To know what she poisoned me with 8:30pm.

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _____

_____        _____
(SIGNATURE)                                              (DATE)

*4:30AM*

*Adams*
*cc, grievance*
*cc, Lt Thompson.*

*exhibit W-3*

# *PrimeCare Medical, Inc.*

## — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE **Robert Adams** DATE / FECHA **5/7/23**

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE **074562**

DATE OF BIRTH / FECHA DE NACIMIENTO **7/12/80**

(UNIT / CELL) / (UNIDAD / CELULA) **MHU-5**

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD *I am writing to complain about Nurse Erica. She has given me something other than my long Subatone this morning. I know because of the taste, How fast it dissolve in my mouth and How my Body Has went Through something unusual today and Then I Broke Into a viscous sweat. A heavy sweat and that never Happens unless I'm not given my medication. I am 100% consistent with taking my medication and I'm compliant. I have complained about her and whats she does with my meds Before and now I'm informing primeCare. I am O'K But I dont like that my medication is tampered with. SgT. Cruz Knows as well as others.*

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _____

_____

_____

_____

_____

_____

_____        _____
(SIGNATURE)                                (DATE)

Form # 9113 AU
PCM Forms Manual © 2016

cc. /Adams
cc. Grievance
cc. LT. Thompson

4:30Am
Exhibit
W-1

# *PrimeCare Medical, Inc.*

## — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _Robert Adams_   DATE / FECHA _5/7/23_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _074562_

DATE OF BIRTH / FECHA DE NACIMIENTO _7/12/80_

(UNIT / CELL) / (UNIDAD / CELULA) _MHU-5_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _I am writing to complain about nurse Enna. She has deliberately given me something other than my 16mg Suboxone this morning. I know because of the taste, how fast it dissolved in my mouth and how my body has went through something unusual today and then I broke into a viscous sweat. A heavy sweat and that never happens unless Im not given my medication. I'm 100% consistent with taking my medication and I'm compliant. I have complained about her and what she does with my meds before and now I'm informing Primecare. Nurse Enna has poisoned me and deliberately slipped me something different._

_Im 100% sure. I am requesting a blood test._

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _____

_____

_____

_____

_____

_____


_____     _____
            (SIGNATURE)                      (DATE)

Form # 9113 AU
PCM Forms Manual © 2016

Robert Adams - 074562
1730 S. Easton Road
Doylestown PA 18901



7022 3330 0000 4592 0257




US POSTAGE PITNEY BOWES
ZIP 18901   $ 017.30⁰
02 4W
0000363657 MAY 30 2023

RECEIVED
JUN - 1 2023



U.S.M.S.
X-RAY

CIERK OF COURT, EDPa
JAMES A. ByRNE  US. COURT HOUSE
Room 2609

601 MARKET STREET
Philadelphia, PA 19106

بِسْمِ اللّٰهِ الرَّحْمٰنِ الرَّحِيمِ