**Smart Communications/PADOC**
SCI-Houtzdale
Name Robert Adams
Number ES9586
PO Box 33028
St Petersburg FL 33733

FIRST-CLASS MAIL
neopost 12/29/2023
US POSTAGE $000.63
ZIP 16698
041L12204394

INMATE MAIL
PA DEPT
OF CORRECTIONS

RECEIVED
JAN 2 2024

C.M.S.
X-RAY

Clerk of Court, EDPa
601 Market Street
Phila, PA 19106
Room 2609

IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

Robert L. Adams JR :
v. : NO.
Bucks County Correctional : 2:23-CV-02142-JFM
Facility et, el :

MOTION, Notification of
Address change, pro-se!

Now comes plaintiff Robert L. Adams JR, notifying this Honorable Court of Transfer out of SCI Phoenix and back into SCI Houtzdale.

On 12/26/23 plaintiff was Transported back to SCI Houtzdale where, he was placed back in the Hole "RHU" on Administrative custody, pending a Transfer out of this facility.

Plaintiff Adams would like To Thank

your Honor for understanding my Hardships and granting me an extention to file an Amended complaint in "Adams v. Delaware County et, el." Thank you so very much!

Plaintiff also Thanks The Honorable Clerk of this court for sending me a copy of that complaint. Thank you!

Plaintiff Robert L. Adams Sr, is Back at SCI Houtzdale ©
P.O. Box 1000
Houtzdale, PA 16698

Thank you kindly:
Respectfully submitted
Robert L. Adams Sr
Robert L. Adams Sr
Date: 12-28-23