# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. ADAMS, JR.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 23-2142** |
| | : | |
| **BUCKS COUNTY** | : | |
| **CORRECTIONAL FACILITY,** *et al.* | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 2nd day of April 2024, upon considering our November 13, 2023 order (DI 46) directing Mr. Adams to complete the USM-285 forms so the Marshals can serve the remaining defendants, and finding the Clerk's Office has not received the USM-285 forms from Mr. Adams, it is **ORDERED**:

1.      The Clerk of Court shall again send Mr. Adams USM-285 forms along with this order.

2.      Mr. Adams shall complete USM-285 forms and **send the completed forms back to the Clerk's Office.**  We will provide the forms to the U.S. Marshals Service so that the Marshals can serve the Defendants.  Failure to complete those forms may result in dismissal of this case.

3.      Service of the summonses and the Amended Complaint (DI 40) shall be made upon the Defendants by the U.S. Marshals Service.

_____
**MURPHY, J.**