IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Robert L. Adams JR :
v. : No. 23-2142
Bucks County Correctional Facility :
Et, al :

MOTION TO NOTIFY THE COURT, Address change

Now comes plaintiff Robert L. Adams, JR, in This Pro-se motion, To notify This Honorable Court of the Following

In November, on The 14th of 2023, Plaintiff was Transferred to SCI Houtzdale. In December of 2023, Plaintiff Recieved Form USM-285 For All Defendants and mailed it To THE Clerk of Court For THE EASTERN DISTRICT UNITED STATES COURT. Plaintiff signed A CASH slip For postage Because, He Had to pay the Amount For postage off His Account. This money Transaction is on plaintiffs institutional monthly statement. There's also video Footage of this Transaction: (plaintiff giving the correctional officer The Thick manila envelope) Containing 59 USM-285 Forms Filed out.

Plaintiff Has written Montgomery County Correction Facility Countless Times Requesting His legal mail. Plaintiff

(1)

Has even mentioned This Honorable Court Requesting it compels MCCF to send him his legal work. This motion to Compel was denied.

Plaintiff Adams filed a motion to Compel montgomery County Attorney to return his complaint to him, That He gave Him to mail to The United States Eastern District Court, and This Honorable Court Denied that motion as well.

Next Plaintiff Filed a motion For the Appointment of counsel to This Honorable Court and, plaintiffs Request for Counsel was Denied. THIS Honorable Court stated, it would keep it eyes closly on THIS matter.

Plaintiff raises some very serious constitution violations That He was Deprived of by Bucks county prison officials, Bucks County District Attorney's office and others who has conspired against Plaintiff and seriously Harmed Him. THIS conspiracy is not Just Bound To Bucks County as, others Have willingly assisted these corrupt officials in their attempt to Cover up the Truth and Deprive me of my Constitutional liberties.

(2)

Plaintiff is being Transferred out of SCI-Houtzdale on 4/9/2024 and into SCI-COAL Township. plaintiff is an American MAN who Loves His country and He Loves THE CONSTITUTION. plaintiff is currently enRolled in Blackstone CAREER Institute studying To Become The Best paRalegal our Great Country Has Ever seen.

Therefore This Motion To Notify the court, is meant To Notify the court and This Honorable Judge, of plaintiff Filing and mailing 59 different USM-285 Forms To THIS Honorable Court Already, And will most certainly Be Adhering To The courts order immediately... AFTER processed into SCI-COAL Township.

Plaintiff also Respectfully Request the Appointment of Counsel To do Nothing more Than Submit These USM-285 Forms To The court on plaintiff behalf.

There are "powers That be", That are doing Their Best To Sabotage my Complaint, my case and prevent me From Exposing Their illegal and criminal Activity That deprives people of Their constitutional Rights. THE Law will Not Aid Nor assist illegal Conduct Because its against the Law To do so.

(3)

wherefore, Plaintiff Hopes and prays that this Honorable court place an appointed Attorney to assist plaintiff in Filing These USM-285 Forms and, Plaintiff Hopes and prays This honorable court now keep an Extremely close eye on Everything involving this complaint. when mail is being held or Thrown Away, How can a person become assured The UNITED STATES POSTAL SERVICE would Get the Documents He or she mails To The Court? when A public defender doesn't mail a clients documents To The UNITED STATES DISTRICT COURT AND PRISON OFFICIALS change A Plaintiffs Documents or employ a "FAVOR FOR A FAVOR" with its sister County Jail, How would THE FEDERALLY protected mail become protected when a certified mail slip comes From those very officials?

Respectfully submitted
Robert L. Adams
Robert L. Adams
Date: 4/8/2024

**Smart Communications/PADOC**
SCI- Houtzdale
Name Robert Adams
Number ES9586

PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DEPT
OF CORRECTIONS

neopost 04/09/2024
US POSTAGE $000.64°
ZIP 16698
041L12204394
FIRST-CLASS MAIL

Clerk of Court U.S.
601 Market Street
Phila, PA 19106

