IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. ADAMS, JR.,** | : | CIVIL ACTION |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 23-2142 |
| | : | |
| **BUCKS COUNTY** | : | |
| **CORRECTIONAL FACILITY,** *et al.* | : | |
|     **Defendants.** | : | |

# ORDER

**AND NOW**, this 15th day of April 2024, upon considering plaintiff's motion to notify the court of his address change (DI 56), it is **ORDERED**:

1. Plaintiff's motion to notify the court of his address change (DI 56) is **GRANTED in part**.

2. The Clerk of Court shall update Mr. Adams's address to:

    Robert L. Adams, Jr.
    ES-9586
    SCI Coal Township
    1 Kelley Drive
    Coal Township, PA 17866

3. The Clerk of Court shall again send Mr. Adams USM-285 forms along with this order to his new address.

4. Mr. Adams shall complete USM-285 forms and **send the completed forms back to <u>our Clerk's Office</u>** no later than **May 15, 2024**.[1] We will provide the forms to the U.S. Marshals Service so that the Marshals can serve the Defendants. Failure to complete those forms may result in dismissal of this case.

---

[1] There is no apparent record of our Clerk's Office or the Marshals receiving his USM-285 forms.

5.      Service of the summonses and the Amended Complaint (DI 40) shall be made upon the Defendants by the U.S. Marshals Service.

_____
MURPHY, J.