# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. ADAMS, JR.,** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | |
| v. : | NO. 23-2142 |
| : | |
| **BUCKS COUNTY** : | |
| **CORRECTIONAL FACILITY,** *et al.* : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 22nd day of April 2024, upon considering the Clerk's Office receiving the USM-285 forms from plaintiff (DI 59), and our April 15, 2024 order (DI 57) confirming we will provide the completed forms to the U.S. Marshals Service so the Marshals can serve the Defendants, it is **ORDERED** service of the summonses and the Amended Complaint (DI 40) shall be made upon the Defendants by the U.S. Marshals Service.

_____
**MURPHY, J.**