IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT L. ADAMS, JR.** | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2142 |
| | : |
| **SUPERINTENDENT METELLUS, SGT. N. MURPHY, LT. J. WHITESALL, LT. C. HUGG, LT. M. CLAYTON, LT. KAVOCH, LT. K. WYLIE, DEPUTY WARDEN CANTINO, DEPUTY WARDEN GALIONE, DEPUTY WARDEN KELLY REED, C/O MCFADDEN, C/O SCHUSTER, C/O F. WILLIAMS, SGT. K. KINKELIN, SGT. A. CRUZ, SGT. C. O'DONNELL, SGT. N. CRUZ, SGT. R. GROUS, SGT. A. BECK, SGT. M. RAGGI, C/O FAGGINS, C/O SWAN, C/O MILES, C/O MAYERS, C/O ROMANO, C/O GEIBERT, C/O D. CONNOR, C/O HARRISON, C/O CLARKE, C/O NEW, C/O B. BUTLER, C/O MATTOI, C/O M. GRAY, C/O HERNANDEZ, CASE MANAGER DAVID WEBB, BUCKS COUNTY MISCONDUCT EXAMINER DITTMAN, C/O LABADIE, C/O ROQUE, C/O KASYPRZK, C/O KEEFE, C/O SOUTH, SGT. JURGELEWICZ, C/O J. POLICHETTI, C/O BARNETTE, CAPTAIN NOTTINGHAM, C/O BROMILEY, C/O GLENN, C/O HORTIJENKO, C/O SMYTHE** | : : : : : : : : : : : : : : : : : : : : |

# ORDER

**AND NOW**, this 25th day of February 2025, upon reviewing DI 64, it is **ORDERED**:

1. We **amend** the caption above to account for the defendants who remain in the case.

2. Defendants PrimeCare Medical, Inc., Doctor Gessner, Nurse Jamie, Nurse Enna, Chief Medical Administrator Brian Norfleet, C/O G. Simpson, C/O John Doe #1, C/O John Doe #2, C/O Black, Sgt. Hodges are **DISMISSED** without prejudice. Fed. R. Civ. P. 4(m).

3. Defendants Superintendent Metellus, Sgt. N. Murphy, Lt. J. Whitesall, Lt. C. Hugg, Lt. M. Clayton, Lt. Kavoch, Lt. K. Wylie, Deputy Warden Cantino, Deputy Warden Galione, Deputy Warden Kelly Reed, C/O McFadden, C/O Schuster, C/O F. Williams, Sgt. K. Kinkelin, Sgt. A. Cruz, Sgt. C. O'Donnell, Sgt. N. Cruz, Sgt. R. Grous, Sgt. A. Beck, Sgt. M. Raggi, C/O Faggins, C/O Swan, C/O Miles, C/O Mayers, C/O Romano, C/O Geibert, C/O D. Connor, C/O Harrison, C/O Clarke, C/O New, C/O B. Butler, C/O Mattoi, C/O M. Gray, C/O Hernandez, Case Manager David Webb, Bucks County Misconduct Examiner Dittman, C/O Labadie, C/O Roque, C/O Kasyprzk, C/O Keefe, C/O South, Sgt. Jurgelewicz, C/O J. Polichetti, C/O Barnette, Captain Nottingham, C/O Bromiley, C/O Glenn, C/O Hortijenko, and C/O Smythe shall respond to the amended complaint (DI 40) no later than **March 21, 2025**.

**MURPHY, J.**