IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT L. Adams JR          :   Civil Action
         v.                 :   NO. 23-2142
SUPER INTENDENT METELLUS, et. AL., :

MOTION TO Request Documents and, Present Proof of Defendants Failure To Follow DOC Legal mail Procedures

Now comes plaintiff, Robert L. Adams, in this pro-se motion, To Respectfully Request the Defendants motion To Dismiss and, To present proof of Defendants Failure to Follow The Department of Corrections legal mail procedures.

In June 2025, This Honorable Court ordered plaintiff to Respond to the defendants motions To Dismiss. plaintiff Filed a motion on 6/24/25, Requesting Documents and a Time Extension to File His Response Due To Him not Receiving the Defendants motion's To Dismiss.

The Defendants Attorneys Failed to Follow the DOC's Legal mail procedures and After searching For the documents To prove their Failures, plaintiff has Found The "unacceptable

correspondence form's, that's issued to inmates to show the Law Firm's mail was not accepted. Although plaintiff can not locate all of these Forms, The DOC keeps a Record of this information and Requesting it, will Take longer Then needed, meaning, It will prevent plaintiff from Trying To Adhere To The Judges orders in a Timely Fashion.

Enclosed, you'll Find proof of the defendants attorney's not Following the Department of corrections Legal mail procedure.

Wherefore, plaintiff Respectfully Request that this motion be granted and the Defendants Attorney's be ordered To send Their motions to dismiss to plaintiff Adams, in accordance with the Legal mail Rules and Regulations of the DOC. plaintiff also Respectfully Request a Time Extension to File His Response To the defendants motions To Dismiss. plaintiff knows not the person's He is To Respond To Because he Has not Received The defendants motions To Dismiss.

Respectfully submitted:


Date: 6/25/25



Robert Adams

## Unacceptable Correspondence Form

| Inmate Name: | Adams, Robert | Inmate Number: | ES-9586 |
|---|---|---|---|
| Date: | 5-12-25 | SCI/Housing Unit: | Coal Township /.AA |

**Sender's Name and Address:** Bucks Co. Law Dept. D Burns
55 East Court St., 5th Fl.
Doylestown, PA 18901

### Return to Sender

[✓] Your correspondence has been Returned to Sender for the following reason:

| [✓] Non-privileged – incorrectly sent to Institution | [ ] No return address |
|---|---|
| [ ] Has postage due | [ ] Other: |
| [ ] Privileged mail that has incorrect coding | |

**Returned to Sender By:**

### Confiscation

[ ] Your correspondence has been confiscated. Indicate your preference of disposition and return form. Confiscated Items will be destroyed if a response is not received within 15 days.

**Destroy:**  [ ] Yes   [ ] No   **Inmate's Signature:**

**Return at your expense:** Attach an addressed envelope/cash slip and return this form.

**Reason for Confiscation:**

| [ ] | No return address | [ ] | Contains copyright material |
| [ ] | Contains personal checks, cash, or money orders | [ ] | Contains unauthorized correspondence between inmates in other institutions or third-party correspondence |
| [ ] | Contains a driver's license, birth certificate, or other identity-related documentation that should have been sent to the Business Office | [ ] | Contains photographs that violate the Department's permitted content policy. |
| [ ] | Contains unapproved tapes, CDs or videos | [ ] | Contains more than 25 photographs |
| [ ] | Contains UCC/Sovereign Citizen material | [ ] | Other: |

| Confiscated By: | JB | Date item shipped: | |

**Reason for Confiscation continued:**

**If you DO wish to appeal:**
The inmate has 15 working days from the date on the Unacceptable Correspondence Form to notify the Facility Manager in writing, in accordance with the **DC-ADM 804**, and the sender has 15 working days to appeal, in writing, to the Facility Manager, which for the sender constitutes the only level of appeal. (See www.cor.pa.gov) The mailroom officer will hold the confiscated items until the appeal process is completed.

**If you DO NOT wish to appeal:**
The inmate has the option to forward a cash slip with an addressed envelope to the mailroom within 15 working days from the date of this decision to have the confiscated items mailed out of the facility or it will be destroyed. Material that cannot be legally mailed will be destroyed.

cc: Facility Manager
    Security Office

*DC-ADM 803, Inmate Mail and Incoming Publications Procedures Manual*          Attachment 1-B
*Section 1 – Mail Processing Procedures*
Issued: 3/31/2022
Effective: 3/31/2022

UNSWORN DECLARATION

I, Robert L. Adams Jr, Do hereby certify that the facts set forth in the above Motion are true and correct To the Best of my Personal Knowledge or Information and belief, and that any False statements herein are made subject to the penalties of section 4904 of the Crimes Code (18 Pa. C..S. S 4904), relating to unsworn falsification to Authorities.

ROBERT L. ADAMS JR/PARALEGAL

*Robert L. Adams Jr*



Robert Adams- ES9586
1 Kelley Drive
Coal Township PA 17866

Clerk of Court
The United States Courthouse, EDPA
601 Market St
Phila PA 19106
Room 2609