IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. ADAMS, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-2142 |
| | : | |
| **SUPERINTENDENT METELLUS,** *et al.* | : | |

# ORDER

**AND NOW**, this 13th day of November 2025, upon consideration of Individual County Defendants' motion to dismiss (DI 83), defendants' motion to join Individual County Defendants' motion to dismiss (DI 86), defendants' PrimeCare Medical, Inc. (PrimeCare) and Dr. Victoria Gessner's motion to dismiss (DI 88), Mr. Adams's responses in opposition thereto (DI 96, 97, 98), and defendants' replies (DI 100, 101, 102), it is **ORDERED** that the motions (DI 83, 86, 88) are **GRANTED** in part and **DENIED** in part as follows:

1. Defendants' motion (DI 86) to join Individual County Defendants' motion to dismiss (DI 83) is **GRANTED**.

2. The following defendants are **DISMISSED** in their entirety from this case for failure to state a claim under Fed. R. Civ. Pro. 12(b)(6): Nurse Jamie, Nurse Enna, Chief Medical Administrator Brian Norfleet, David Galion, PrimeCare, Dr. Victoria Gessner, Sergeant Kevin Jurgelewicz, and Corrections Officers Aaron Mayers, Sean Hordijenko, Steven Glenn, Hunter Barnett, Joseph Polichetti, Jacob Kasprzyk, Janett Roque, Brian Mattoi, Ricardo Romana, William Miles, Antwine Faggins, Anthony Hodges, Andrew Kovach, Aaron McFadden, Joseph Bromiley, Jeffrey Clarke, Gregory Black, Dylan Swan, and Frank Williams.

3. The following claims are **DISMISSED** in their entirety for failure to state a claim under Fed. R. Civ. Pro. 12(b)(6): Americans with Disabilities Act (ADA) violations, Rehabilitation Act violations, defamation, professional negligence, equal protection, and

conspiracy.

4. Mr. Adams's Eighth Amendment inadequate medical care claims **REMAIN** against Superintendent Carl Metellus, Deputy Superintendents Kelly Reed and Jeffrey Contino, Captain James Nottingham, Lieutenant Mark Clayton, Sergeants Anthony Cruz, Noelia Cruz, and Christopher O'Donnell, and Corrections Officer Philip Smythe.  All inadequate medical care claims against all other defendants are **DISMISSED**.

5. Mr. Adams's Eighth Amendment conditions of confinement claims **REMAIN** against Superintendent Metellus, Deputy Superintendents Contino and Reed, Captain Nottingham, Lieutenants Kyle Wylie, Clayton, Joseph Whitesell, and Christopher Hugg, Sergeants Nicholas Murphy, Anthony Cruz, Karol Kinkelin, Andrew Beck, Noelia Cruz, O'Donnell, Ronald Grous, and Michael Raggi, and Corrections Officers Donald Connor, Jeremy New, Mark Gray, and George Simpson.  All conditions claims against all other defendants are **DISMISSED**.

6. Mr. Adams's Eighth Amendment excessive force claims **REMAIN** against Lieutenant Wylie, Sergeants Murphy and Beck, and Corrections Officers Craig Geibert, Michael Schuster, Mario Hernandez, John Doe #1, and John Doe #2.  All excessive force claims against all other defendants are **DISMISSED**.

7. Mr. Adams's Eighth Amendment malicious strip search claims **REMAIN** against Lieutenant Wylie and Sergeant Murphy.  All Eighth Amendment malicious strip search claims against all other defendants are **DISMISSED**.

8. Except as outlined above in ¶¶ 4-7, all other Eighth Amendment claims against all other defendants are **DISMISSED**.

9.      Mr. Adams's Fourth Amendment bodily privacy claims regarding the strip searches **REMAIN** against Lieutenant Wylie and Sergeants Murphy and Noelia Cruz.  All other Fourth Amendment claims against all other defendants are **DISMISSED**.

10.     Mr. Adams's claims regarding his access to the courts under the First and Fourteenth Amendments **REMAIN** against Sergeant Noelia Cruz, Lieutenant Hugg, and Corrections Officer Robert Keefe.  All other claims regarding access to the courts against all other defendants are **DISMISSED**.

11.     Mr. Adams's First Amendment claims regarding the interference with his legal mail **REMAIN** against Deputy Superintendent Contino, Captain Nottingham, Lieutenant Hugg, Sergeants Noelia Cruz and Kinkelin, and Corrections Officers Eric Harrison, Keefe, Bromiley, and William Labadie.  All other First Amendment claims respecting interference with legal mail are **DISMISSED**.

12.     Mr. Adams's Fourteenth Amendment procedural due process claims **REMAIN** against Hearing Officer Richard Dittman, Lieutenant Clayton, and Corrections Officers Bruce Butler and Kevin South.  All other Fourteenth Amendment due process claims against all other defendants are **DISMISSED**.

_____
**MURPHY, J.**