In the United States District Court For the Eastern District of Pennsylvania

RECEIVED
NOV 13 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Robert L. Adams : civil Action
v. :
Delaware county, et Al : 23-01178; 22-02142
Adams v. E.T. Minerva, et al
Adams v. Thomas McGinley (Habeas corpus)
Immediate Emergency Medical Help Demanded, Begged For and Respectfully Requested
HELP ME Immediately Please!

Plaintiffs Motion For Immediate Emergency medical help Demanded, Begged For and Respectfully Requested / Plaintiff Demand For Protective custody from Pennsylvania Department of corrections and Their County co-defendants County Jails / Immediate medical InJunction and Help Please. Plaintiffs Life is in Immediate danger

Plaintiff Adams hereby invoke this Honorable Courts help, I'm being killed slow By the Department of corrections and all of the county Jails I have civil actions against; Bucks, montgomery, and Delaware county. I am being Eaten By some type of Life Form, creatures or spieces that the Department of corrections put in me or continued to see its work Through in connections with its partners. I have so many Different life Forms Hatching inside of my Abdomin and eating me. They come out in my Feces. I have Thrown Them up. They come out of my eyes, nose, ears, mouth and penis. I have Physically Fought something violently Twice. Once it got the Best of me a little and the second Time, I most definitely got the Best of it. I Tried to kill it But the DOC stopped me and made it like I was losing my mind. However, Just Because they can't see it, Doesn't mean its NOT There and IF you actually pay attention you can see it. Its a Reverse way of looking at whats in Front of

You Different gases are blown up my nose and in my mouth and I feel things touching me. inside of me, I see things moving threw the upper layer of my skin. Something with tentacle slid around my back, another thing crawled up my chest - under my skin. There's more than something in my head and under my skin on my head. I often feel like I have a helment on. I've felt drilling Banging, Schewing, chewing, drinking, burning, cold, I bled, I see skid marks in my boxer when, I know I haven't shat and I showered, However I can feel them coming out that way too. They give us Suboxone because it locks our bowles - "feces" up. our feces becomes a incubation period for these creatures to develope and the hatch. we are eating I am eaten until what - I die? I did not agree to this. I am being murdered by the Commonwealth and this is cruel and unusual punishment in violation of my 8th Amendment. I don't want to die. I want to live. I hear by invoke the Court, The Honorable Kings Court for Help. This is wrong and I am here to beg for my life. I am an American who has done nothing but wanted to be a Marine like my father and then be a Layer but I was robbed of those dreams by Bucks County. Be that as it may, for right now, I'm begging this Honorable court to send the Federal Authorities to come get me and all my property and take me to the best Hospital in the nation. I'm asking for my property thats here with me at the Jail so I can continue to study law and litigate. I beg this Honorable

court for Immediate [illegible] SCI Cool Township, The Entire department of corrections in pennsylvania and The commonwealth of pennsylvania and its county jails I am dying your Honor as they are killing me. The correctional officers entrusted to provide security, The superintendents, The prosecutors, the police, The probation officers and all are apart of this. I Just want to be safe, cleared to where none of these creatures is eating on me and I want to be free with my children. your honor, you know everything about me my life and more. please Don't let me Die like This. I Am Really a Innocent man and I don't deserve this. This is worse than Torture. It's worse Than slavery Because I know and see Im being eaten alive and no one cares. Im intentionally being hurt and staff know it yet They are doing nothing to prevent it. "Farmer v. Brennan" said They c.o can not stand by and let me be hurt. The courts when called upon will be quick To protect [redacted] The constitution and The people it was created for. I Robert L Adams Sr, Hereby call upon The Great UNITED STATES COURT OF AMERICA, THE HONORABLE JUDGE JOHN F. MURPHY. For help To Save my Life. Im being murdered by the Department of correction here at SCI Cool Township I need Immediate medical care help and medical attention. I am being eaten alive from within. I swear and certify that everything I have told the Judge is True and correct I am subject to penalty of perjury for false statements to Authorities.

Respectfully submitted
Robert Adams
11/8/26

Robert L Adams →

## SICK CALL REQUEST

DATE: 11/8/26 DENTAL ________ MEDICAL ________

NAME: ______________________

DOC NUMBER ______________ BLOCK ______________

PROBLEM

I UNDERSTAND THAT THIS SICK CALL VISIT MAY BE SUBJECT TO THE FEES CONTAINED IN REGULATION 37 PA CODE 93.12.SEQ

______________________

INMATE SIGNATURE

***PLACE THIS REQUEST IN THE LOCKED MEDICAL SICK CALL BOX ON THE HOUSING UNIT.***

* REQUIRED.

DC-138A

## CASH SLIP

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS

**INMATE SHOULD COMPLETE BLOCKS 1a, 1b, 1c, 1d and BLOCK 3 (Signature) PRIOR TO PLACING IT IN SICKCALL BOX ON HOUSING UNIT.**

1a. REQUISITIONING INMATE'S NAME *

1b. INSTITUTIONAL NUMBER * | 1c. BLOCK * | 1d. DATE *

2. ITEMS TO BE CHARGED TO MY ACCOUNT

**Inmates are required by DC-ADM 820 to share in the cost of medical/dental services . Cash slips not signed will be returned for for completion prior to sick call visit.**

$ ____________ Monetary Amt (Staff ONLY) — **Co-Payment fee $ 5.00 for medical /dental services (Health Provider determines charge)**

$ ____________ Monetary Amt (Staff ONLY) — **Number of prescriptions ________ x $5.00 Co-Payment for each prescriptions.**

$ ____________ Monetary Amt (Staff ONLY) — **Total Co-Payment fee to be deducted from Inmate's account**

3. INMATE'S SIGNATURE * | 4. MEDICAL STAFF SIGNATURE *

5. BUSINESS OFFICE'S SPACE

| CHARGE ENTERED | DATE | BOOKEEPER |
|---|---|---|
| $ | | |

Jamir massey # NQ3879
1 Kelley Drive
Coal Township, PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

HARRISBURG PA 171
10 NOV 2026PM 1 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 17866 $ 000.78⁰
02 7W
0008042607 NOV. 09 2026

clerk of court,
601 market st
Phila PA 19106
Room 2609

19106-450201