IN THE united STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. Adams | : | civil Action |
| v. | : | No. 2:23-cv-02142-JFM |
| MeTellus, et al | : | Jury Trial Demand/ |
| | : | motion For Immediate Emergency medical InJunction; |
| | : | motion For Immediate Emergency Federal Protective custody; |
| | : | motion For Immediate Emergency medical Help, |

Request FOR Emergency SERVICES

Requesting Immediate Emergency medical InJunction; Requesting Immediate Emergency Hospitalization; Requesting Immediate Emergency national Security Help and assistance; Requesting Immediate Emergency chemical decontamination medical Help; Requesting operation Save American Life From a Immediate Danger; Requesting Federal Protective custody Immediately From The Pennsylvania Department of corrections and All its State correctional Facilities and From The commonwealth of Pennsylvania and all of its correctional Facilities; Request For The Honorable courts Help with obtaining seriously needed Hospital care; Request For Extention For/To Respond to Bucks county's interragatories Due TO Governmental interference and Plaintiffs current

Journal Date

medical needs - Health conditions and lack of material, Request To compel county defendants co-conspirators To Release all plaintiffs legal mail and Documents To him; motion and Request FOR Immediate emergency medical Hospitalization of plaintiff as plaintiff is literally Fighting FOR His life. Plaintiffs Feet has swelled swelled swelled.

Now comes Plaintiff Adams, Pro se, Requesting The court To Please save my life. Plaintiff Adams is currently locked in a cell with Two camera's. plaintiff Has none of His legal work and plaintiff is seriously in Bad Health. Plaintiff Has Living Intelligent creatures Feeding off of him From within side of his Body. plaintiff Has sent This Honorable court several motion FOR Immediate Emergency medical help - emergency medical InJunction, Immediate Protective custody "Federal" From the PA Doc and PA Commonwealth in "Adams v. Delaware county et Al." Plaintiff Adams is Being murdered and deliberately Killed By the Department of corrections and the commonwealth of pennsylvania. Plaintiff wishes This was unTrue so He could be made a Fool of By the courts and Everyone else But, This is not a False Fictious

Date Journal

matter. I am unable to Respond at This Time to the defendants Interragotories Because The defendants and Their partners Here at SCI Coal Township, has prevented plaintiff From Adhering To court Requirements in order For me To properly litigate. I have no writing paper, I have no envelopes, I have no Dictionary, I have no Blackstone glossary, I have none of my Research material, I have none of my Federal legal books or legal Books, I have no case law, no statutes, NO opinions; I don't have my glasses, I have gases and Fumes Being Blown up my nose and in my mouth; I Have Living Creatures eating my organ on the left side of my Lower Abdomin as we speak; I have something with Tentacles wiggling at my Rectum's opening From the inside Trying to get out; something is Basically swimming under my skin on my Back; Something drinking me in my ear - The left one - There's another living Creature in my chest; Their in my legs, something pulls on my Heart,...... And creatures are coming out of my eyes.... This is all I have that going on Right this very moment.

my Teeth are sore and my Gums Bleed. I can not Read properly Because I can't Fully see. My left eye was Damaged months ago when a inmate assaulted me and Tossed a Biohazardous chemical weapon in my Face. I walk around partially Handicap and I was Keeping it to myself Because I didn't want To be seen as weak. Now things are significantly worse and Different. I am Hurt From within. my exterior looks Fine but internally, I Feel the warfare. I am Begging This Honorable court For Help. Help me please?

This war on Americans is being carried out By the Pennsylvania Department of Corrections and The Commonwealth of Pennsylvania! This IS A HATE-CRIME being carried out and is genocide. I don't Even want to make no Real noise. I Just want to save my life, be Freed, And Helped. I Respect the Authority of This world, Please Don't let me DIE like This. I am Truly Innocent. I never assaulted no one. I'm not a Robber. I not Anything Except an

Journal Date

American whose Proud To Be An American. 100% and Im calling on my Justice system For Help. It IS A Federal CRIME To LIE To A Federal Judge and I hereby certify that Everything I have said and stated to you herein, is 1000% True and correct and I understand That any intentionally Falsified statement Knowingly made and presented to you as Authentic is subjected to the penalty of PerJury. I swear with my Right Hand held High, I swear I am Telling you the Truth and will continue to Tell the Truth, So Help me God. THE PA DOC, SCI Coal Township, Tossed me in this cell and is waiting For These creatures To eat Through something vitally Important so They could Kill me. I was sentenced To 30 days in the RHU For nothing. Disobeying a direct order and unauthorized Area. Something was eating my Brain, I Told The guard He Told me To Take it iNo I couldn't Take it in. Then I Ran: Ive been asking For Help. They Know about it. Ive written the warden and more. Judge John F. Murphy, I hope to meet you

Journal Date

In person one Day. Please Don't let me DIE SIR. NOT like This. This sounds so CRazy, I Know But- we aRe not alone. Im not alone in this cell although There's no other Human visible. Im not delusion, oR none of that. I want To live SiR. Please Help me. I need Hospitalization. I need protective custody. I need the appointment of counsel. I need an extention To File the Required Documents. I need serious medical Help. wherefore, plaintiff Adams Humbly beg For This Honorable courts Help; Immediate Emergency medical Injunction, Immediate Federal protective custody, Immediate emergency Hospitalization and all other Relief Requested and That The court deems appropriate.

Respectfully Submitted

Date: 11/13/2026

Robert L. Adams SR

# ORDER

And now The ______ DAY OF ______ 2026, I Hereby ORDER Federal Agents Remove plaintiff Robert L. Adams JR - ES9586 FROM SCI COAl Township and Transport Him To Jefferson Hospital FOR Immediate Emergency care. I Further order plaintiff Robert Adams To be placed under Federal Protective custody and He is To be placed in a Federal Safe House where (He will be able To Talk To His Family, children, Berks cys Services, counselors, Law enforcement approved BY the court) and.....

I Further order That All the counsel For the defendant Re-issues Interrogatories and Allow plaintiff the appropriate Time To Respond. Due To the current circumstance and In light of the serious situation and serious criminal allegations, A Full Federal investigation of All the Defendants named in the 3 complaints of plaintiff Adams From Bucks county, montgomery county, Delaware county and The Department of correction, shall be Federally investigate and shall be hereby Relieved of Duty without pay until Either The outcome of said Federal Investigation or other-wise. This order is valid For All defendants named in plaintiffs complaints, whether dismissed or not. plaintiff Adams current criminal convictions deriving out of Bucks county are all hereby called into question, vacated and discontinued/paused until The outcome of the Federal investigation due To This order. During This Time, I Further order a stay away order between plaintiff and all defendants except where The Law Requires plaintiff To meet with the defendants and Their attorneys where upon, plaintiff Adams will be accompined By His Attorney and A Federal Agent and The meeting shall be Recorded. This court Further orders ______

Confidentiality is To be Kept and Any violation of These Federal orders are subseeded To

Plaintiff Adams is To be Removed From the Doc By Federal agents Immediately and Transported along with all his Property and medical Records To The Hospital. He His To be Protected By Federal agents while He's Hospitalized and

JUDGE:

DatE:

# Certificate of Service

I, Robert Adams, pro se plaintiff, hereby certify that on the 14th day of November, 2026, the above-captioned Request for Emergency services, Immediate Emergency medical Hospitalization, Immediate emergency protective custody; was mailed to the UNITE STATES COURTHOUSE FOR The EASTERN DISTRICT OF Pennsylvania. Plaintiff ROBERT ADAMS LACKS THE paper and Ink and envelope and strength to send the county Defendants a hand written copy and Respectfully Begs This Honorable court to provide The Defendants with a copy.

via U.S. First class mail
Judge John F. murphy
The UNITED STATES Courthouse, ED PA
Clerk of Court
601 MARKET street
Phila, PA 19106
Room 2609

Dated: November 14, 2026

Respectfully submitted,

Robert L. Adams Sr
Robert L. Adams Sr, Paralegal
Inmate # ES9586
1 Kelley Drive
coal Township PA 17866
Pro se plaintiff

Cell - 1011

RHU

ROBERT Adams- ES9586
1 KELLEY Drive
Coal Township PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

HARRISBURG PA 171
19 NOV 2026PM 4 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 17866 $ 001.07⁰
02 7W
0008042607 NOV 18 2026

[redacted]

X-RAY
USMS

Clerk of court, ED PA
601 MARKET Street
Phila PA 19106
Room 2609

RECEIVED
NOV 2 3 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

X-RAY
USMS

19106-172999